**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VICTOR GODOY and** | ) | |
| **REGINALDA GONZALES** | ) | |
| | ) | |
| **vs.** | ) | **C.A. No.: 06-485ML** |
| | ) | |
| **EQUIPMENT LABRIE LTEE and** | ) | |
| **MACK TRUCKS, INC.** | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

I, Christine M. Curley, hereby enter my appearance on behalf of Plaintiffs Victor Godoy and Reginalda Gonzales, in the above-captioned action.

Plaintiff.
By its Attorney,

/s/ Christine M. Curley
CHRISTINE M. CURLEY (#4529)
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
FAX (401) 294-0849
christinecurley@earthlink.net