**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**VICTOR GODOY and**
**REGINALDA GONZALEZ**

**v.** **C.A. NO.: 06 -485**

**EQUIPMENT LABRIE LTEE and**
**MACK TRUCKS, INC.**

**LATE ENTRY STIPULATION**

Defendant, Equipment Labrie Ltee shall have until and including **December 27, 2006,** to respond to plaintiffs' complaint.

/s/ Peter P.D. Leach
Peter P.D. Leach, #3955
One Charles Street
Providence, RI 02904

Counsel for Plaintiff

/s/ Mark T. Nugent
Mark T. Nugent #2637
Morrison Mahoney LLP
121 South Main Street
Providence, RI 02903-7141
Counsel for Defendant, Equipment Labrie Ltee

Dated: 12/6/06