MPD:fm 06-337

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VICTOR GODOY AND
REGINALDA GONZALES

VS C.A. NO. 06-485

EQUIPMENT LABRIE LTEE AND
MACK TRUCKS, INC.

**DEFENDANT MACK TRUCKS, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT**

First Defense

Parties and Jurisdiction

Defendant is without sufficient knowledge to form a belief as to the truth or falsity of the allegations set forth in paragraphs 1, 3, and 5 of plaintiffs' complaint, and therefore leaves plaintiffs to their proof; and neither admits nor denies the allegations of paragraphs 2 and 4 but leaves plaintiffs to their proof thereof.

Facts

Defendant denies the allegations of paragraphs 6 and 9; and is without sufficient knowledge to form a belief as to the truth or falsity of the allegations set forth in paragraphs 7, 8, and 10 of plaintiffs' complaint, and therefore leaves plaintiffs to their proof.

Count I

Defendant repeats and realleges its answers contained in paragraphs 1 through 10 of plaintiffs' complaint as more fully set forth herein as its answer to paragraph 11 of Count I and denies the allegations of paragraphs 12, 13, 14, 15, and 16.

Count II

Defendant repeats and realleges its answers contained in paragraphs 1 through 16 of plaintiffs' complaint as more fully set forth herein as its answer to paragraph 17 of Count II and denies the allegations of paragraphs 18, 19, 20, 21, and 22.

Count III

Defendant repeats and realleges its answers contained in paragraphs 1 through 22 of plaintiffs' complaint as more fully set forth herein as its answer to paragraph 23 of Count III and denies the allegations of paragraphs 24, 25, 26, 27, 28, 29, and 30.

Count IV

Defendant repeats and realleges its answers contained in paragraphs 1 through 30 of plaintiffs' complaint as more fully set forth herein as its answer to paragraph 31 of Count IV; and denies the allegations of paragraphs 32, 33, 34, and 35.

Second Defense

If plaintiff Victor Godoy sustained injuries and damages as alleged which is denied, he assumed the risk of injury.

Third Defense

If plaintiff Victor Godoy sustained injuries and damages as alleged which is denied, the same was due to his want of due care under the circumstances.

Fourth Defense

This defendant received no notice of breach of warranty.

Fifth Defense

This defendant pleads alteration of product.

Sixth Defense

Plaintiff Victor Godoy has failed to state claims upon which relief can be granted in that plaintiff has failed to allege facts sufficient to show that he is entitled to recovery against this defendant, as prayed for, in fact or in law.

Seventh Defense

To the extent that the product has not been maintained in its immediate post-accident condition, then the plaintiff is guilty of spoliation.

Eighth Defense

The product referred to in plaintiff's complaint was sold in a condition which reflected the state of the art at the time of its release into the stream of commerce.

Ninth Defense

Plaintiff may have no recovery against this defendant in that plaintiff has failed to comply with Rhode Island General Laws, 1956 as amended, 2-607, et. seq.

Tenth Defense

To the extent that the plaintiff alleges breach of express warranty, then plaintiff may have no recovery against this defendant in that, the plaintiff did not rely on any affirmation or fact or promise made by this defendant which became the basis of any bargain between this defendant on the one hand and the plaintiff on the other hand and, therefore, no express warranty exists.

Eleventh Defense

To the extent that the plaintiff claims breach of implied warranty of fitness for a particular purpose, this defendant alleges and avers that this defendant was not a seller to the plaintiff, the plaintiff was not a purchaser from this defendant, the plaintiff made no particular purpose known for any alleged purchase of the product to this defendant and the plaintiff did not rely upon this defendant for the selection of the product for any particular purpose, communicated by the plaintiff to this defendant.

Twelfth Defense

To the extent that the plaintiff has not complied with the applicable statutes and rules pertaining to service of process over foreign corporations, then there is insufficiency of process and insufficiency or service of process and plaintiff may not maintain his action as alleged.

WHEREFORE, defendant demands that plaintiffs' action against it be dismissed and that judgment be entered for said defendant.

**Defendant claims a trial by jury.**

/s/ Mark P. Dolan Esq.______
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
Mack Trucks, Inc.
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

TO: Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

DATED: December 5, 2006 ___/s/ Mark P. Dolan_____________