MPD:fm 06-337

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VICTOR GODOY AND
REGINALDA GONZALES

VS C.A. NO. 06-485

EQUIPMENT LABRIE LTEE AND
MACK TRUCKS, INC.

**STIPULATION**

In the above-entitled matter, it is hereby agreed that the following entry be made:

Defendant Mack Trucks, Inc. shall have up to and including December 11, 2006 within which to answer or otherwise respond to plaintiffs' complaint.

/s/ Peter. P.D. Leach, Esq,________________
Peter P.D. Leach, Esq.
Attorney for Plaintiffs
One Charles Street
Providence, RI 02904
(401) 521-9100

/s/ Mark P. Dolan, Esq.__________________
Mark P. Dolan, Esquire #3280
RICE DOLAN & KERSHAW
Attorneys for Defendant
Mack Trucks, Inc.
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

DATED: ____________________________