UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**VICTOR GODOY and**
**REGINALDA GONZALEZ**

**v.** **C.A. NO.: 06 -485**

**EQUIPMENT LABRIE LTEE and**
**MACK TRUCKS, INC.**

# ANSWER OF DEFENDANT EQUIPMENT LABRIE LTEE TO PLAINTIFFS' COMPLAINT

## First Defense

## PARTIES AND JURISDICTION

1. Defendant, Equipment Labrie Ltee (hereinafter "Defendant Labrie") is without sufficient information to form a belief as to the truth of the matters alleged in paragraph 1 of the plaintiffs' complaint.

2. Defendant Labrie is without sufficient information to form a belief as to the truth of the matters alleged in paragraph 2 of the plaintiffs' complaint.

3. Defendant Labrie denies the allegations contained in paragraph 3 of the plaintiffs' complaint.

4. Defendant Labrie denies the allegations contained in paragraph 4 of the plaintiffs' complaint.

5. Defendant Labrie denies the allegations contained in paragraph 5 of the plaintiffs' complaint.

## FACTS

6. Defendant Labrie denies the allegations contained in paragraph 6 of the plaintiffs' complaint.

7. Defendant Labrie denies the allegations contained in paragraph 7 of the plaintiffs' complaint.

8. Defendant Labrie denies the allegations contained in paragraph 8 of the plaintiffs' complaint.

9. Defendant Labrie denies the allegations contained in paragraph 9 of the plaintiffs' complaint.

10. Defendant Labrie denies the allegations contained in paragraph 10 of the plaintiffs' complaint.

**COUNT I**

**(STRICT LIABILITY)**

11. Defendant Labrie restates and incorporates by reference herein its responses to paragraphs 1 – 10 of plaintiffs' complaint.

12. Defendant Labrie denies the allegations contained in paragraph 12 of the plaintiffs' complaint.

13. Defendant Labrie denies the allegations contained in paragraph 13 of the plaintiffs' complaint.

14. Defendant Labrie denies the allegations contained in paragraph 14 of the plaintiffs' complaint.

15. Defendant Labrie denies the allegations contained in paragraph 15 of the plaintiffs' complaint.

16. Defendant Labrie denies the allegations contained in paragraph 16 of the plaintiffs' complaint.

## COUNT II

## (FAILURE TO WARN)

17. Defendant Labrie restates and incorporates by reference herein its responses to paragraphs 1 – 16 of plaintiffs' complaint.

18. Defendant Labrie denies the allegations contained in paragraph 18 of the plaintiffs' complaint.

19. Defendant Labrie denies the allegations contained in paragraph 19 of the plaintiffs' complaint.

20. Defendant Labrie denies the allegations contained in paragraph 20 of the plaintiffs' complaint.

21. Defendant Labrie denies the allegations contained in paragraph 21 of the plaintiffs' complaint.

22. Defendant Labrie denies the allegations contained in paragraph 22 of the plaintiffs' complaint.

## COUNT III

## (BREACH OF WARRANT)

23. Defendant Labrie restates and incorporates by reference herein its responses to paragraphs 1 – 22 of plaintiffs' complaint.

24. Defendant Labrie denies the allegations contained in paragraph 24 of the plaintiffs' complaint.

25. Defendant Labrie denies the allegations contained in paragraph 25 of the plaintiffs' complaint.

26. Defendant Labrie denies the allegations contained in paragraph 26 of the plaintiffs' complaint.

27. Defendant Labrie denies the allegations contained in paragraph 27 of the plaintiffs' complaint.

28. Defendant Labrie denies the allegations contained in paragraph 28 of the plaintiffs' complaint.

29. Defendant Labrie denies the allegations contained in paragraph 29 of the plaintiffs' complaint.

30. Defendant Labrie denies the allegations contained in paragraph 30 of the plaintiffs' complaint.

## COUNT IV

## (NEGLIGENT DESIGN)

31. Defendant Labrie restates and incorporates by reference herein its responses to paragraphs 1 – 30 of plaintiffs' complaint.

32. Defendant Labrie denies the allegations contained in paragraph 32 of the plaintiffs' complaint.

33. Defendant Labrie denies the allegations contained in paragraph 33 of the plaintiffs' complaint.

34. Defendant Labrie denies the allegations contained in paragraph 34 of the plaintiffs' complaint.

35. Defendant Labrie denies the allegations contained in paragraph 35 of the plaintiffs' complaint.

**Second Defense**

The plaintiffs' complaint should be dismissed for a lack of personal jurisdiction over defendant Equipment Labrie Ltee.

**Third Defense**

If the plaintiff was injured as alleged, which is denied, the same was due to his own lack of due care under the circumstances.

**Fourth Defense**

If the plaintiff was injured as alleged, which is denied, the same was due to the acts or omissions of others for whom this defendant is not responsible.

**Fifth Defense**

The plaintiff assumed the risk of his alleged injuries.

**Sixth Defense**

The plaintiffs' complaint should be dismissed for the improper use of the product in question.

**Seventh Defense**

The plaintiffs' complaint should be dismissed based upon the terms and condition of any alleged warranty, implied or in fact.

**Eighth Defense**

The plaintiffs' complaint is barred under the exclusive remedy of the Workers' Compensation Act.

**Ninth Defense**

The plaintiffs' complaint fails to name an indispensable party or parties.

**WHEREFORE**, this defendant prays that this Court:

a. Enter judgment for this defendant, dismissing all claims;

b. Award this defendant costs, expenses and attorneys' fees; and

c. Grant such further relief as the Court may deem just.

**Jury Demand**

This defendant hereby demands a jury trial as to all triable issues of right and designate Mark T. Nugent as its trial counsel.

**EQUIPMENT LABRIE LTEE,**

By its attorneys,

**MORRISON MAHONEY LLP**

/s/ Mark T. Nugent

Mark T. Nugent, #2637
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 12th day of December, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Peter P.D. Leach, Esquire
One Charles Street
Providence, RI 02904

/s/ Mark T. Nugent
Mark T. Nugent