**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VICTOR GODOY and REGINALDA GONZALES** | ) | |
| | ) | |
| **vs.** | ) | **C.A. No.: 06-485ML** |
| | ) | |
| **EQUIPMENT LABRIE LTEE and MACK TRUCKS, INC.** | ) | |

**AFFIDAVIT OF SERVICE**

1. I, Peter P.D. Leach, Esq., represent the Plaintiff in the above matter.

2. On November 9, 2006, service of the summons and complaint upon Defendant, Equipment Labrie Ltee was effectuated by mailing the summons and complaint by registered mail, return receipt requested to Equipment Labrie Ltee, 175 RTE Dupont, Saint-Nicholas, Quebec, Canada G7A2T3. See Proof of Service, attached hereto.

3. That on November 20, 2006, I received the attached one (1) return receipt, Article No., RB323801674US, executed by, or on behalf of the Defendant, Equipment Labrie Ltee.

4. That on November 24, 2006, I made the proof of service to the Clerk of the United States District Court for the District of Rhode Island.

Peter P.D. Leach, Esq. #3955
One Charles Street
Providence, RI 02904
(401) 521-9100

Subscribed and sworn to before me this 24th day of November, 2006.

Debra A. Brousseau
Notary Public, Debra A. Brousseau
My Commission expires 5/6/10