# EXHIBIT A

*To be filled out by the office of origin*
*A remplir par le bureau d'origine*

| | | | |
|---|---|---|---|
| Registered article [illegible] Envoi recommandé | [illegible] | Printed Matter [illegible] Imprimé | [illegible] Autre · [illegible] International [illegible] |
| Insured parcel / Colis avec valeur déclarée | Insured Value Valeur déclarée: —0— | Article No.: RB323801674US | |
| Office of mailing Bureau or depot: EAST SIDE FIN STA / PROV RI 02906 | | Date of posting Date de depot: 11/09/2006 | |
| Addressee (Name or firm) Nom ou raison sociale du destinataire: EQUIPMENT LABRIE LTEE | | | |
| Street and No. Rue et No.: 175 RTE DUPONT, SAINT-NICHOLAS | | | |
| Place and country Lieu et Pays: Quebec, CANADA G7A 2T3 | | | |

*To be completed at destination*
*A compléter à destination*

| | | |
|---|---|---|
| This receipt must be signed by the addressee or by a person authorized to do so by virtue of the regulations of the country of destination, or, if those regulations so provide, by the employee of the office of destination, and returned by the first mail directly to the sender. *Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.* | | Postmark of the office of destination *Timbre du bureau de destination* |
| The article mentioned above was duly delivered. L'envoi mentionné ci-dessus a été dûment livré. | Date: 16-11-06 | |
| Signature of the addressee *Signature du destinataire*: Line Vallaire | Signature of the employee of the office of destination. *Signature de l'agent du bureau du destination.* | |

POSTAL SERVICE OF THE UNITED STATES OF AMERICA — C5

*Administration des Postes des Etats-Unis d'Amérique*

PAR AVION

Postmark of the office returning the receipt
*Timbre du bureau renvoyant l'avis*

POSTES CANADA POST
191302
2006-11-16
BUREAU DE POSTE / POST OFFICE
ST-NICOLAS SUCC. NORMANDIE
QC G7A 1S0

POSTAL SERVICE
*Service des postes*

RETURN RECEIPT
*Avis de réception*

To be returned by the quickest route (air or surface mail), à découvert and postage free.

*À renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.*

To be filled out by the sender, who will indicate his address for the return of this receipt.
*À remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.*

Name or firm — Nom ou raison sociale: PETER LEACH

Street and No. — Rue et no.: 1 Charles Street

City, State and ZIP Code — Lieu et Pays: Providence RI 02904

UNITED STATES OF AMERICA — États-Unis d'Amérique

Form 2865
1985