# UNITED STATES DISTRICT COURT

District of

Victor Godoy and Reginalda Gonzales

V.

Equipment Labrie Ltee and
Mack Trucks, Inc.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 06 485 ML

TO: (Name and address of Defendant)

Agent for Service of Process for Mack Trucks, Inc.
CT Corporation system
10 Weybosset Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter P. D. Leach, Esq.
One Charles Street
Providence, RI 02905
(401) 521-9100

an answer to the complaint which is served on you with this summons, within ______ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

11-6-06
DATE

## RETURN OF SERVICE

| | |
|---|---|
| vice of the Summons and complaint was made by me[1] | DATE 11-9-06 |
| E OF SERVER (PRINT) Ronald N Russo | TITLE USDC Constable |

heck one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Allels C.T. and

### STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-9-06
Date
1:30 PM

[signature]
*Signature of Server*

Po Box 7541
*Address of Server*

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.