**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**VICTOR GODOY and**
**REGINALDA GONZALEZ**

**v.** **C.A. NO.: 06 -485**

**EQUIPMENT LABRIE LTEE and**
**MACK TRUCKS, INC.**

# ENTRY OF APPEARANCE

Thomas M. Robinson hereby enters his appearance as co-counsel with Mark T. Nugent of Morrison Mahoney LLP for defendant Equipment Labrie Ltee.

*/s/ Mark T. Nugent*
*/s/ Thomas M. Robinson*

Mark T. Nugent #2637
Thomas M. Robinson #6193
Morrison Mahoney LLP
121 South Main Street – Suite 600
Providence, RI 02903-7141
Tel:(401)331-4660
Fax: (401)351-4420

Dated: January 30, 2007

# CERTIFICATE OF SERVICE

I hereby certify that this entry of appearance has been filed through the ECF system, and will be sent electronically to all registered participants. I further certify that paper copies will be sent to any counsel who are not able to receive electronic copies.

*/s/ Thomas M. Robinson*