**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**VICTOR GODOY and**
**REGINALDA GONZALEZ**

**v.** **C.A. NO.: 06 -485ML**

**EQUIPMENT LABRIE LTEE and**
**MACK TRUCKS, INC.**

**STIPULATION**

Defendant, Equipment Labrie Ltee shall have until and including **May 11, 2007,** to respond to plaintiffs' interrogatories and document request both originally propounded on March 1, 2007.

Peter P.D. Leach, #3955
One Charles Street
Providence, RI 02904

Counsel for Plaintiff

Mark T. Nugent #2637
Thomas M. Robinson #6193
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
Counsel for Defendant, Equipment Labrie Ltee

Dated: ______________________

**CERTIFICATE OF SERVICE**

I hereby certify that this stipulation has been filed through the ECF system, and will be sent electronically to all registered participants. I further certify that paper copies will be sent to any counsel who are not able to receive electronic copies.

*/s/ Thomas M. Robinson*