**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VICTOR GODOY and REGINALDA GONZALES** | ) | |
| | ) | |
| **vs.** | ) | **C.A. No.: 06-485ML** |
| | ) | |
| **EQUIPMENT LABRIE LTEE and MACK TRUCKS, INC.** | ) | |

## JOINT MOTION TO EXTEND

The parties to this case hereby move to extend the time by which Plaintiffs and Defendants are required to make their expert witness disclosures as set forth in this Court's Scheduling Order of February 28, 2007 as follows:

1. The Plaintiffs' expert witness disclosures as Ordered by Lisi, J., shall be extended to June 18, 2007; and

2. The Defendants expert witness disclosures as ordered by Lisi, J., shall be extended to July 18, 2007.

As reasons therefore, the parties state that documents are not required to be produced pursuant to Plaintiffs' Document Requests until on or about May 11, 2007, and Plaintiffs' expert witness will need time to review the pertinent documents before preparing a report.

Defendant, Mack Trucks, Inc.

By and through its attorney,

/s/ Mark P. Dolan___________
Mark P. Dolan, Esq. (3280)
***Rice Dolan & Kershaw***
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800
(401) 421-7218 fax

Plaintiffs, Victor Godoy and Reginalda Gonzales
By and through their attorney,

/s/ Peter P.D.Leach_________
Peter P.D. Leach, Esq. (3955)
One Charles Street
Providence, RI 02904
(401) 521-9100
(401) 521-9120 fax

Defendant, Labrie Ltee, Inc.
By and through its attorney,

/s/ Mark T. Nugent
***Morrison Mahoney, LLP***
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660
(401) 251-4420 fax

**CERTIFICATION**

I hereby certify that the foregoing was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 10th day of April 2007:

Mark P. Dolan, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

Mark Nugent, Esq.
Morrison Mahoney LLP
121 South Main Street
Providence, RI 02903

/s/ Christine M. Curley