**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VICTOR GODOY and REGINALDA GONZALES** | ) | |
| **vs.** | ) | **C.A. No.: 06-485ML** |
| **EQUIPMENT LABRIE LTEE and MACK TRUCKS, INC.** | ) | |

**JOINT MOTION TO EXTEND**

The parties to this case hereby move to extend the time by which Plaintiffs and Defendants are required to make their expert witness disclosures as set forth in this Court's Scheduling Order of February 28, 2007 as follows:

1. The Plaintiffs' expert witness disclosures as Ordered by Lisi, J., shall be extended to September 21, 2007; and

2. The Defendants expert witness disclosures as ordered by Lisi, J., shall be extended to October 22, 2007.

As reasons therefore, the parties state that the accident reconstruction report from the Massachusetts State Police which was expected to be completed by June 15, 2007 has not yet been completed. Plaintiffs' counsel has received assurances from the Massachusetts State Police that the report will completed by the end of August 2007. Plaintiffs' expert witness will need time to review the pertinent information before preparing a report.

The parties further state that discovery has been ongoing, substantial written discovery has been exchanged and depositions are in the process of being scheduled, such that extending the time for expert disclosures should not impact the other deadlines set by the Court.

Defendant, Mack Trucks, Inc.

By and through its attorney,

/s/ Mark P. Dolan___________
Mark P. Dolan, Esq. (3280)
***Rice Dolan & Kershaw***
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800
(401) 421-7218 fax

Plaintiffs, Victor Godoy and Reginalda Gonzales
By and through their attorney,

/s/ Peter P.D.Leach_________
Peter P.D. Leach, Esq. (3955)
One Charles Street
Providence, RI 02904
(401) 521-9100
(401) 521-9120 fax

Defendant, Labrie Ltee, Inc.
By and through its attorney,

/s/ Mark T. Nugent
***Morrison Mahoney, LLP***
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660
(401) 251-4420 fax

**CERTIFICATION**

I hereby certify that the foregoing was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys received service by electronic means on this 7th day of August 2007:

Mark P. Dolan, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

Mark Nugent, Esq.
Morrison Mahoney LLP
121 South Main Street
Providence, RI 02903

/s/ Christine M. Curley