**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VICTOR GODOY and REGINALDA GONZALES** | ) | |
| **vs.** | ) | **C.A. No.: 06-485ML** |
| **EQUIPMENT LABRIE LTEE and MACK TRUCKS, INC.** | ) | |

**<u>JOINT MOTION TO EXTEND SCHEDULING ORDER</u>**

The parties to this case hereby move to extend the time by which Plaintiffs and Defendants are required to make their expert witness disclosures as set forth in this Court's Scheduling Order of February 28, 2007 as follows:

1. The Plaintiffs' expert witness disclosures as Ordered by Lisi, J., shall be extended to October 20, 2007; and

2. The Defendants expert witness disclosures as ordered by Lisi, J., shall be extended to November 20, 2007.

As reasons therefore, the parties state that the accident reconstruction report from the Massachusetts State Police has been completed and has been ordered by the Plaintiffs. Plaintiffs' expert witness will need time to review the pertinent information before preparing a report. The parties have continued to engage in written discovery and the scheduling of depositions pending disclosure of the expert reports.

In addition, the parties request an extension of this Court's Scheduling Order to accommodate the taking of expert depositions once the expert reports are completed and disclosed, as follows:

1. Discovery to be completed by December 26, 2007;

2. Motions due by January 28, 2008; and

3. Pretrial Memorandum due by February 28, 2008.

Defendant, Mack Trucks, Inc.

By and through its attorney,

/s/ Mark P. Dolan___________
Mark P. Dolan, Esq. (3280)
***Rice Dolan & Kershaw***
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

Plaintiffs, Victor Godoy and Reginalda Gonzales
By and through their attorney,

/s/ Peter P.D.Leach_________
Peter P.D. Leach, Esq. (3955)
One Charles Street
Providence, RI 02904
(401) 521-9100
(401) 521-9120 fax

Defendant, Labrie Ltee, Inc.
By and through its attorney,

/s/ Mark T. Nugent
***Morrison Mahoney, LLP***
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660
(401) 251-4420 fax

## CERTIFICATION

I hereby certify that the foregoing was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys received service by electronic means on this 20th day of September 2007:

Mark P. Dolan, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

Mark Nugent, Esq.
Morrison Mahoney LLP
121 South Main Street
Providence, RI 02903

/s/ Christine M. Curley