*Mark P. Dolan*
*Also admitted in Massachusetts*

January 11, 2008

Clerk of the Court
UNITED STATES DISTRICT COURT
For The District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Re: Victor Godoy, and Reginalda Gonzales
Vs: Equipment Labrie Ltee, and Mack Trucks, Inc.
**No: USDC Civil Action No: 06-485 ML**
No: Our File: 06-337

Dear Clerk:

Please note our change of address as reflected in the enclosed notice. We represent the third-party defendant, Metals Recycling, LLC.

Thank you.

Very truly yours,

Mark P. Dolan

MPD:rad
Enclosure

cc: Peter P.D. Leach, Esq.
Mark T. Nugent, Esq.
Thomas M. Robinson, Esq.

*MPD:rad 06-337*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| VICTOR GODOY, and<br>REGINALDA GONZALES,<br>Plaintiffs, | : | |
| VS. | : | **C.A. No: 06-485 ML** |
| EQUIPMENT LABRIE LTEE, and<br>MACK TRUCKS, INC.,<br>Defendants. | : | |

## NOTICE OF CHANGE OF ADDRESS

The law firm of Rice, Dolan & Kershaw is now located at 72 Pine Street, Suite 300, Providence, RI 02903.

Attorney for Third Party Defendant,
MACK TRUCKS, INC.:

/s/ Mark Dolan

Mark P. Dolan, Esq. (#3280)
RICE, DOLAN & KERSHAW
72 Pine Street – Suite 300
Providence, RI 02903
Phone No: (401) 272-8800
*Fax No: (401) 421-7218*
*E-Mail:* ricedolan@ricedolan.com

Dated: January 11, 2008

## CERTIFICATION

I hereby certify that I forwarded a true copy of the within Notice of Change of Address to the following counsel of record:

Mark T. Nugent, Esq.
Thomas M. Robinson, Esq.
Morrison Mahoney, LLP
121 South Main Street – Suite 600
Providence, RI 02903

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

Dated: January 11, 2008

/s/ Mark Dolan