**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VICTOR GODOY and REGINALDA GONZALEZ** | ) | |
| v. | ) | |
| **EQUIPMENT LABRIE LTEE and MACK TRUCKS, INC.** | ) | **C.A. No.: 06-485ML** |

**MOTION OF DEFENDANT EQUIPMENT LABRIE LTEE**
**TO EXTEND SCHEDULING ORDER**

The defendant Equipment Labrie LTEE hereby moves to extend the deadlines set forth in the Court's prior Order concerning the disclosure of expert witnesses and the closure of discovery as follows:

1) Defendants' expert witness disclosures as ordered by Lisi, J., shall be extended to February 28, 2008;

2) Discovery shall be completed by March 31, 2008;

3) Motions shall be due by April 30, 2008; and

4) Pretrial Memorandum shall be due by May 30, 2008.

As reasons therefore, the defendant states that it has granted to plaintiffs numerous extensions of time to provide expert witness disclosures. Further, defendants have not yet received reports from two (2) of plaintiffs' expert witnesses. The depositions of fact witnesses, including plaintiffs, have been postponed because defendant has not yet received full discovery responses from plaintiffs. Defendants' experts will need to review all of this information prior to completing a report. Finally, plaintiffs' counsel has advised that he has no objection to this motion.

EQUIPMENT LABRIE LTEE

By its Attorneys,

/s/ Mark T. Nugent
/s/ Thomas M. Robinson

**Attorneys for Defendant**
Mark T. Nugent, #2637
Thomas M. Robinson, #6193
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
(401) 331-4660 Fax: (401) 351-4420

## CERTIFICATION

I hereby certify that this document has been filed electronically on January 16, 2008 and is available for viewing and downloading from the ECF system.

Peter P.D. Leach, Esquire
One Charles Street
Providence, RI 02904

Mark P. Dolan, Esquire
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

/s/ Thomas M. Robinson