*MPD:rad 06-337*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| VICTOR GODOY, and<br>REGINALDA GONZALES,<br>Plaintiffs, | : | |
| VS. | : | **C.A. No: 06-485 ML** |
| EQUIPMENT LABRIE LTEE, and<br>MACK TRUCKS, INC.,<br>Defendants. | : | |

**DEFENDANT MACK TRUCKS, INC.'S**
**MOTION TO COMPEL AND/OR STRIKE**
**PLAINTIFF'S EXPERT DISCLOSURE**

Defendant Mack Trucks, Inc. hereby moves to compel the plaintiff to provide complete expert disclosures and/or to strike or preclude those experts previously identified. The defendant requests that the plaintiff be compelled to provide complete expert disclosure within three (3) business days of the Court's order on the within motion, and if he fails to do so, that plaintiff's experts which are the subject of the within motion be stricken and barred from testifying at the time of trial. In support of the within motion, the defendant submits the attached Memorandum.

Certification pursuant to Rule 37(a)(2)(A). Defendant Mack Trucks, Inc. hereby certifies that it's counsel has in good faith conferred with plaintiff's counsel prior to filing this motion.

Defendant, MACK TRUCKS, INC.,
By Its Attorneys,

_/s/ Mark Dolan____________________

Mark P. Dolan, Esq. (#3280)
RICE, DOLAN & KERSHAW
72 Pine Street – Suite 300
Providence, RI 02903
Phone No: (401) 272-8800
*Fax No: (401) 421-7218*
E-Mail: ricedolan@ricedolan.com

Dated: January 21, 2008

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Motion to Compel and or Strike Expert Disclosure to the following counsel of record:

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

Mark T. Nugent, Esq.
Morrison Mahoney, LLP
10 Dorrance Street – Suite 900
Providence, RI 02903

Dated: January 21, 2008 /s/ Mark Dolan____________________

*MPD:rad 06-337*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| VICTOR GODOY, and<br>REGINALDA GONZALES,<br>Plaintiffs, | : | |
| VS. | : | **C.A. No: 06-485 ML** |
| EQUIPMENT LABRIE LTEE, and<br>MACK TRUCKS, INC.,<br>Defendants. | : | |

**<u>MEMORANDUM IN SUPPORT OF DEFENDANT MACK TRUCKS, INC.'S MOTION TO COMPEL AND/OR STRIKE PLAINTIFF'S EXPERT DISCLOSURE</u>**

Defendant Mack Trucks, Inc. has now moved to compel the plaintiff's expert disclosure and/or to strike or preclude the testimony of experts identified in Plaintiff's Expert Witness Disclosures. As grounds for this motion, this defendant would state that the expert disclosures provided are not in compliance with F.R.Civ.P. 26(a)(2).

As this Court is aware, this is an alleged product liability action stemming from an accident which occurred on July 19, 2005. Plaintiff makes claim that while operating a refuse truck, that the vehicle's work brake failed causing him severe bodily injuries.

Plaintiff filed Expert Disclosures on or about December 18, 2007, disclosing six (6) expert witnesses (copy appended hereto at "Exhibit A"). Of the six witnesses disclosed, plaintiff has failed to provide the reports and opinions of two experts, Vaughn Adams and Williams Gest, who opinions are crucial to the product liability claims being made against this defendant.

Defendant has been agreeable on numerous occasions in extending the original Scheduling Order of February 28, 2007 in order that plaintiff would have sufficient time to disclose experts. In fact, joint motions for extensions have been filed on five occasions:

April 10, August 7, September 20, October 19, 2007, and November 20, 2007. The latter of which gave plaintiff up to and including December 20, 2007 to disclosure experts (copy of Final Joint Motion to Extend Scheduling Order for Purpose of Expert Disclosures, and Text Order dated January 8, 2008 granting the same, appended hereto as "Exhibit B"). Recently, by defense counsel's letter dated January 11, 2008, defendant pointed out to plaintiff that he failed to provide the reports and opinions of his experts Dr. Adams and Mr. Gest in the disclosures as filed, and permitted the plaintiff an additional extension up to and including January 18, 2008 (copy of letter appended hereto as "Exhibit C"). However, to date, plaintiff has failed to provide the reports and opinions as to which his experts are expected to testify, fails to give a summary of the grounds for each opinion as against the defendant Mack Trucks, Inc., and therefore, fails to be in compliance with the Amended Scheduling Order entered by the Court on January 7, 2008.

WHEREFORE, the defendant Mack Trucks, Inc. requests that its motion now be granted and that plaintiff be compelled to provide complete expert disclosures in accordance with the Federal Rules of Civil Procedure within three (3) days of the hearing on this motion or those expert witnesses, referenced herein above, and identified in Plaintiff's Expert Disclosures shall be stricken and barred by the Court to testify at the time of trial.

Defendant, MACK TRUCKS, INC.,
By Its Attorneys,

/s/ Mark Dolan____________________

Mark P. Dolan, Esq. (#3280)
RICE, DOLAN & KERSHAW
72 Pine Street – Suite 300
Providence, RI 02903
Phone No: (401) 272-8800
Fax No: (401) 421-7218
E-Mail: ricedolan@ricedolan.com

Dated: January 21, 2008

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Memorandum in Support of Motion to Compel Expert Disclosure to the following counsel of record:

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

Mark T. Nugent, Esq.
Morrison Mahoney, LLP
10 Dorrance Street, Suite 900
Providence, RI 02903

Dated: January 21, 2008 /s/ Mark Dolan_________________