# "EXHIBIT A"

06-337
12/20/07
MPD

**PETER P.D. LEACH**
ATTORNEY AT LAW
ONE CHARLES STREET
PROVIDENCE, RI 02904

PHONE (401) 521-9100
TELECOPIER (401) 521-9120

December 18, 2007

Mark P. Dolan, Esq.
***Rice Dolan & Kershaw***
170 Westminster Street
Suite 900
Providence, RI 02903

Mark T. Nugent, Esq.
***Morrison Mahoney, LLP***
121 South Main Street
Suite 600
Providence, RI 02903

RE: Godoy et al vs. Equipment Labrie Ltee et al
C.A. No.: 06-485

Dear Attorneys Dolan & Nugent:

Enclosed are my clients' Expert Witness Disclosures pursuant to the Pretrial Order of Lisi, J, dated February 28, 2007; and Rule 26(a)(2) of the Federal Rules of Civil Procedure. I have attached the written reports of my clients' expert witnesses except for Vaughn P. Adams and William E. Gest. I expect to receive both expert reports sometime next week and I will forward them to you upon receipt.

It is my understanding that Dr. Adams and Mr. Gest will offer their expert opinions with respect to strict liability and negligent design. Specifically, they will offer opinions that the subject matter truck and handbrake were defective in design as there was a reasonable alternative design for the handbrake that would have reduced and/or avoided the foreseeable injuries sustained by Mr. Godoy; and the subject matter truck and handbrake were defective in design because of inadequate instructions or warnings and the provision of reasonable instructions or warnings by the Defendants would have reduced or avoided foreseeable injuries sustained by Mr. Godoy. Finally, they will opine with respect to negligence of the Defendants in their design of the subject matter truck and handbrake.

Clearly, I will not have any objection to either of your clients requesting additional time to provide their expert witness' written reports. As always, I appreciate your cooperation.

Please contact me with any questions or comments.

Very truly yours,

Peter P.D. Leach

PPDL/db
Enclosure

06337
12/20/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VICTOR GODOY and REGINALDA GONZALES | ) | |
| vs. | ) | C.A. No.: 06-485ML |
| EQUIPMENT LABRIE LTEE and MACK TRUCKS, INC. | ) | |

## PLAINTIFFS' EXPERT WITNESS DISCLOSURES

Now come the Plaintiffs, Victor Godoy, and Reginald Gonzales, pursuant to the Pretrial Order of Lisi, J., dated February 28, 2007, and Rule 26(a)(2) of the F.R.Civ.P., and make their expert witness disclosures, as follows: (i) Vaughn P. Adams, Jr., Ph.D., PE, CSP, 3315 East Wier Avenue, Phoenix Arizona 85040; (ii) William E. Gest, 3315 East Wier Avenue, Phoenix, Arizona, 85040; (iii) Marc H. Richman, Sc.D., PE, 1 Richmond Square, Suite 107 C, Providence, Rhode Island 02906; (iv) Allan M. Feldman, Ph.D, 17 Irving Avenue, Providence, Rhode Island 02906; (v) Christopher T. Born, MD, 2 Dudley Street, Providence, Rhode Island 02905; and (vi) Janice F. Lalikos, MD, 281 Lincoln Street, Worcester, Massachusetts 01655.

Plaintiffs,
By and through their attorney,

Peter P.D. Leach, Esq. (3955)
One Charles Street
Providence, RI 02904
(401) 521-9100
(401) 521-9120

## CERTIFICATION

I herby certify that a true copy of the within Responses were mailed to Mark P. Dolan, Esq., ***Rice Dolan & Kershaw,*** 170 Westminster Street, Suite 900, Providence, RI 02903 and Mark T. Nugent, Esq., **Morrison Mahoney, LLP,** 121 South Main Street, Suite 600, Providence, RI 02903 on the 18th day of December, 2007.

D a Brousseau

**Marc H. Richman, Inc.**
*Consulting Engineers — Forensic Engineers — Metallurgists/Materials Engineers*

One Richmond Square
Suite 107C
Providence, Rhode Island 02906
Telephone: 401-751-9656
Facsimile: 401-751-9210
mhrichman@aol.com
www.marchrichmanengineering.com

17 December 2007

Peter P. D. Leach, Esq.
One Charles Street
Providence, RI 02904

In re: Victor Godoy v Equipment Labrie, LTEE and Mack Trucks, Inc.

Ref: 5074

Dear Mr. Leach:

In response to your request, I have investigated the Labrie[1] recycling body mounted on an incomplete Mack chassis involved in the 19 July 2005 injuries to Mr. Victor Godoy while he was employed by American Waste Services, LLC. The following is a report of that investigation as well as my conclusions and opinions in this matter.

## 1. Introduction

The following report is based upon my review of the following materials:

a. Massachusetts State Police Reconstruction Report,
b. Photographs of scene of incident and recycling truck,
c. Defendant Mack's Supplemental Answers to Plaintiff's Interrogatories,
d. Defendant Mack's Supplemental Response to Plaintiff's Request for Production of Documents,
e. LE Model with Mack Engine Service and Repair Manual, July 1999, 19-003,
f. American's Truck Repair Orders,
g Defendant Labrie's Answers to Plaintiff's Interrogatories,
h. Defendant Labrie's Responses to Plaintiff's Request for Document Production,
I. Defendant Mack's Answers to Plaintiff's Interrogatories,
j. General Sales Brochures: LE Series, and Refuse Series,
k. Build Spec. Sheets - Work Order 746421" General Sales Order, ands Customer Chassis Sheet,
l. Mack Operator's Handbook - LE Series,

---

[1] Equipment Labrie, LTEE shall be referred to as Labrie, Mack Trucks, Inc. shall be referred to as Mack, and American Waste Services, LLC shall be referred to As American throughout this report.

m. Maintenance and Lubrication for Mack Diesel Powered Trucks,
n. Emission Control System for Mack Class 8 Diesel Engines,
o. Operator's Guide - Electronic V-Mac III Vehicle Management and Control with Vehicle Information Profiler (V.I.P.™),
p. ASET™ AI and AC Engines Advance Operation Service Manual, and
q. Mack's Pedigree Protection Plan.

It is also based upon my experience inspecting wheeled and tracked vehicles in the U.S. Army as well as my experience as a forensic engineer investigating incidents involving wheeled vehicles and, in particular, commercial refuse compacting and recycling vehicles, my experience of over fifty years as a practicing consulting and forensic engineer (licensed/registered in CT, MA, and RI), and my experience of 36 years as a Professor of Engineering at Brown University, Providence, RI.

## 2. Background

On 19 July 2005, Mr. Victor Godoy, an employee of American, was operating a recycling truck from the right side station[2] easterly on Hill Street, Medway, MA. At approximately 10:29 am, he stopped his vehicle to pick up the recyclable materials at 10/12 Hill Street. He got out of the right side of the truck and was on the shoulder of the road when he noticed that the truck was moving forward. He immediately ran to the right door of the truck and tried to get in to stop the forward motion from the right side control station. The moving vehicle came close to utility pole #11 and Mr. Godoy was caught between the right side of the vehicle and the utility pole. His right leg was caught between the lug nuts of the moving right front wheel of the vehicle and the pole and, as a result, he suffered partial amputation of his right leg. The truck came to rest on the south side of the roadway with the right front up against the utility pole.

Medway Police requested a Massachusetts State Police (MSP) Reconstruction of the incident as well as an MSP truck squad examination of the recycling vehicle.

While it was noted that some of the brakes were out of adjustment, the primary conclusion of the Reconstruction Report was that Mr. Godoy stopped the vehicle and got out without setting the work brake. The vehicle was still in gear and began to move forward. As Mr. Godoy tried to get back in the truck to stop its forward motion, his right leg became jammed between the right front wheel of the truck and the outboard side of the utility pole.

## 3. Analysis

The instant vehicle has a Labrie recycling body mounted on a Mack incomplete chassis. It is manufactured in accordance with ANSI (American National Standards Institute) Z245.1 "Mobile Wastes and Recyclable Materials Collection Transportation and Compaction Equipment - Safety Requirements." That standard requires a work brake (section 3.6.4),

---

[2] This model recycling truck has both left-side and right-side operating stations. The left-side is a sit-down station while the right-side is a stand-up station.

"A work brake is a feature of certain collection vehicles, typically with dual, right hand or stand up provision, which holds the vehicle in a stopped position, after the vehicle has been brought to rest using the service brake, to permit the operator to leave the cab temporarily in order to load material into the vehicle."

The vehicle is equipped with a right-hand stand-up operating station to make waste collection by a single person feasible. The right-hand operating station is provided with an accelerator pedal, a temporary handbrake, a foot brake, turn signal controls, and a horn.

The operator's manual for the Labrie Expert 2000 states on page 12,

"12. When the vehicle is parked, the parking brake must be applied."

There is a decal (12369) on the dashboard indicating that the work brake should be set when leaving the vehicle for a short time to collect trash. Decal 9246 warns the operator not to leave the truck without applying the parking brake. Neither decal indicates clearly to the operator the consequences of failing to set the work brake. To constitute an adequate warning, the consequences of failing to follow the instructions, i.e. to set the work brake, must be indicated clearly to the operator in language or symbols or schematics which would be intelligible and understandable to a typical recycling truck operator with the level of knowledge common to the community of such operators.

The Mack LE Model Service and Repair Manual 19-003 dated July 1999 describes the brakes in section 500 as follows,

**"LE Series Chassis Air Brake System"**

"The service and parking brake systems used on this model are identical to the systems used on other MACK class 8 chassis, with one exception. Because the trucks can be operated from either the left or the right sides, two treadle valves and two parking brake control valves are used."

"Primary and secondary system pressure is supplied to both the right-side and left-side treadle valves. Double check-valves, in both the primary and secondary circuits, direct treadle valve delivery pressure from whatever operating position applies the treadle valve."

"The parking brake control valves used on the LE series chassis are different from the park brake control valves used on other MACK chassis. These valves are designed to move to the exhaust position when a control pressure of 15 psi is received at the control port."

"In addition to the dual controls, the LE air brake system uses a "work brake" system. One-person operations such as house-to-house refuse collection, typically require numerous parking brake applications, which place heavy demands on the air brake system. Repeated and frequent use of the spring brakes for parking, consumes large volumes of compressed air, which results in reduced life of the air dryer, brake chambers, and air compressor. The work brake uses a reduced

pressure, 50 psi (345 kPa), service brake application to hold the vehicle in place. This deceases the load and extends the life of other system components."

There is a safety feature to the work brake system which switches operation to the spring brakes if there is a primary air system pressure loss, the engine stalls, or the operator turns the ignition switch to OFF while the work brake is applied.

In normal use, the vehicle is brought to a stop with the foot brake and then the work brake handle is lifted clockwise and turned toward the driver and lowered into the locked position. This application of the work brake causes the transmission to be shifted into neutral from a forward gear. Both the front and rear axle service brakes are applied. At this point, the operator exits the right side station and collects the recyclable trash and empties it into the appropriate hoppers on the truck. Upon getting back into the cab at the right side, the operator releases the work brake. This causes the transmission to shift into a forward gear

While ANSI Z245.1 is a voluntary industry standard, it is incorporated into 40 CFR 243-202-1(d). This a Federal (Environmental Protection Agency, EPA) as opposed to a voluntary or consensus standard.

The instant recycle truck is designed for one-person operation. It is driven to the pick-up neighborhood with the operator seated in the left side position. The operator then switches to the right-side stand-up position and drives the vehicle up to the first pickup point. He or she stops the vehicle using the foot brake, leaves the transmission in forward gear, and activates the work brake. The work brake shifts the transmission temporarily into neutral and applies the brakes. The operator exits the right side of the vehicle, empties the recycle containers into the appropriate hoppers on the right side of the vehicle and then gets back into the right-side station. He or she deactivates the work brake and this automatically releases the brakes and shifts the transmission back into the gear in which it had been in when the work brake was first applied.

The operator of the recycle vehicle must multi-task. It is foreseeable that the operator will stop the truck with the foot brake, leave the transmission in gear, but forget to activate the work brake handle. When he or she then exits the right side of the vehicle, the truck is in gear and no brakes have been set. It can then roll forward or rearward depending on the grade.

If that happens, the operator can try to get back into the right side of the cab and apply the service brakes to bring the vehicle to a stop before any damage is done or anyone is hurt. If the operator fails to get back into the cab, the recycle truck continues on its way driverless and can cause serious personal injury as well as property damage.

In the instant case, Mr. Godoy tried to get back into the vehicle to stop it, but due to the location of the truck and the utility pole, he became crushed between them.

ANSI Z245.1 as well as 40 CFR 243 - 202.1 detail safety devices that should be located on the truck to protect workers from nip points, pinch points, and shear points. Neither in the voluntary consensus standard nor in the federal code is there required a sensing device that would realize that the operator has left the vehicle without setting the work brake. Such a dead man's or presence sensing switch would automatically cause the work brake to be set and the transmission to be shifted to neutral. Alternatively the dead man's or presence sensing switch

could automatically set the parking brake, switch the transmission to neutral, and shut off the engine completely. The former would simply do what the operator failed to do, i.e. set the work brake. The latter would cause a complete shut down requiring the operator to start the vehicle over again - a task more complicated than just releasing the work brake.

A dead man's switch is a device intended to stop a machine in case the human operator becomes incapacitated. It is a form of fail-safe device. It is commonly used in train locomotives, subway cars, trolleys, freight elevators, lawn mowers, tractors, jet skis, outboard motors, snowblowers, snowmobiles, treadmills, etc.

In old steam locomotives, there was always a fireman in the cab with the engineer and he could bring the train to a stop if the engineer were incapacitated. With the introduction of electric trolleys and electric rapid transit trains, the dead man's switch was a necessary feature because the driver was typically alone. After the disastrous Malbone Street Wreck on the Brooklyn rapid Transit system in 1918, the deployment of such devices became widespread.

Pneumatically or electrically linked dead man's controls, still used today, involve simple modifications of the controller handle, the device that regulates traction power. The main requirement is that the train's emergency brakes are applied if pressure is not maintained on the controller handle.

Usually the handle is a horizontal bar, rotated to apply power to the driving motors of the train. Attached to the bottom of the handle is a rod which, when pushed down, contacts a solenoid or switch inside the control housing. The handle springs up if pressure is removed, releasing the rod's contact with the internal switch, instantly cutting power and applying the brakes.

In modern locomotives, the dead man's switch has evolved into a vigilance alarm, a positive on-off control, a constant pressure switch, or an enabling device. Every 30 seconds an alarm sounds and a light flashes red. The engineer must put his hand over an optical sensor to reset the alarm. If the alarm is not reset, the locomotive will automatically begin braking.

These switches can be found on virtually any device that has an electric or gas combustion engine - or any device that can cause safety problems if the operator is inattentive, from power hand tools to lawn mowers to high voltage insulation testers and even baby strollers and exercise treadmills.

On a riding lawn mower, the presence sensing device is located in the seat. If the operator falls off the seat, contact is broken and the mower blades are stopped as is the travel of the mower.

It should be anticipated that the operator of a recycling truck will, at some point in time,. Exit the cab without setting the work brake. This can result in the truck accelerating slowly but moving driverless. In the instant case, Mr. Godoy exited the truck from the right side and failed to set the work brake. The truck began to move forward and Mr. Godoy tried to climb back on board and stop the vehicle. He was unable to do so because his leg was crushed between the right side of the truck and the outboard side of the utility pole.

Had Mack, the manufacturer of the incomplete chassis and braking system, or Labrie, the manufacturer of the recycle body, considered the foreseeability of an operator exiting the cab and forgetting to set the work brake, they would have incorporated a dead man's switch or presence sensing device that would have automatically activated the work brake when Mr. Godoy got out of the cab. A simple safety device would have been an audible alarm such as a horn or buzzer and a visible warning light that would have caught the operator's attention and reminded him or her to set the work brake. The latter would not be as effective as the former since the operator could be completely out of the cab before he or she could react to the warning signal (audible/visual).

The industry standard ANSI Z245.1 does not require a dead man's switch or presence sensing device in the right hand station. It requires only warnings to the driver to set the work brake before leaving the cab. That warning is inadequate because it does not describe in clear understandable language and symbols the consequences of the operator failing to heed the warning, i.e. failing to set the work brake as he or she exits the cab.

The applicable Federal law is also inadequate as it incorporates ANSI Z245.1 which is an inadequate standard.

**4. Opinions**

Based on the above investigation, it is my opinion to a reasonable degree of engineering certainty that it should have been foreseeable to both Mack and Labrie that an operator would get out of the right side of the truck without setting the work brake and the driverless truck would move away with attendant personal injury and/or property damage.

It is further my opinion to a reasonable degree of engineering certainty that the concept of a dead man's switch or presence sensing switch was well known since the start of the 20th century and had such a device been installed in the right side of the vehicle, it would have set the work brake and shifted the transmission into neutral automatically as soon as the operator got out of the vehicle without setting the work brake.

It is, therefore, my opinion to a reasonable degree of engineering certainty that the industry standard ANSI Z245.1 and the code of federal regulations which incorporates that standard are inadequate as they fail to require a dead man's switch or presence sensing device in the right driving station.

It is also my opinion to a reasonable degree of engineering certainty that both Mack and Labrie were negligent in the design of the instant model recycling truck and that such negligent design was the proximate cause of the injuries to Mr. Victor Godoy.

It is also my opinion to a reasonable degree of engineering certainty that the instant recycling truck was defective in its design, including lack of adequate warnings, and that such defectiveness rendered the vehicle unreasonably dangerous when used in a normal or foreseeable manner and that such defectiveness was the proximate cause of the injuries to Mr. Victor Godoy.

It is also my opinion to a reasonable degree of engineering certainty that the lack of a dead man's switch and the lack of adequate warnings relative to the setting of the work brake rendered the instant model recycling truck unfit for its intended purpose and that such lack was the proximate cause of the injuries to Mr. Victor Godoy.

It is also my opinion to a reasonable degree of engineering certainty that had there been a dead man's switch or pressure sensing device in the right side stand-up station of the instant model recycling truck and had Mr. Godoy exited the vehicle at the same location and failed to set the work brake, the dead man's switch or pressure sensing device would have automatically activated the work brake and Mr. Godoy would not have been injured.

MARC H. RICHMAN
NO. 2845
REGISTERED
PROFESSIONAL ENGINEER

Sincerely,

Marc H. Richman, Sc.D., P.E.,
President

Datawp\Reports\Godoy Final Report.wpd

CHRISTOPHER T. BORN, M.D.
*Director*
*Orthopaedic Trauma Service*
*Rhode Island Hospital*

*Medical Office Center/Suite 200*
*2 Dudley Street*
*Providence, RI 02905*
*Administration Office* (401) 457-1562
*Patient Office* (401) 457-1560
*Fax* (401) 831-8992

UNIVERSITY ORTHOPEDICS

Brown Medical School

UNIVERSITY ORTHOPEDICS, INC.
*Michael G. Ehrlich, M.D.*
*Roy K. Aaron, M.D.*
*Edward Akelman, M.D.*
*W. Lloyd Barnard, M.D.*
*Christopher T. Born, M.D.*
*Manuel F. DaSilva, M.D.*
*Christopher W. DiGiovanni, M.D.*
*Crai[illegible] [illegible]berson, M.D.*
*Paul D. Fadale, M.D.*
*Gary M. Ferguson, M.D.*
*John A. Froehlich, M.D.*
*Andrew Green, M.D.*
*Michael J. Hulstyn, M.D.*
*Julia A. Katarincic, M.D.*
*Richard S. Limbird, M.D.*
*Phillip R. Lucas, M.D.*
*James O. Maher, III, M.D.*
*Mark A. Palumbo, M.D.*
*Alexander P. Robertson, M.D.*
*Robert M. Shalvoy, M.D.*
*Patricia M. Solga, M.D.*
*Richa[illegible] Terek, M.D.*
*Peter G. Trafton, M.D.*
*Arnold-Peter C. Weiss, M.D.*

*Sazib Khaund, M.D.*
*James Leffers, M.D.*
*Randall L. Updegrove, M.D.*

*Chief Operating Officer*
*Beverly A. Russell, MBA, FACMPE*

ORTHOPEDIC RESEARCH
*Qian Chen, Ph.D.*
*Deborah Ciombor, Ph.D.*
*J. Trey Crisco, Ph.D.*
*Braden Fleming, Ph.D.*
*[illegible]nming Luo, M.D.*
*Douglas C. Moore, M.S.*
*[illegible]ing Pei, Ph.D.*
*[illegible]o-juan Sun, M.D.*
*[illegible]u Wang, M.D.*
*[illegible]engke Wang, Ph.D.*
*[illegible] Wei, M.D., Ph.D.*
*[illegible] Yang, M.D., Ph.D.*

May 22, 2007

Peter Leach, Esquire
One Charles Street
Providence, RI 02904

Re: Victor Godoy
DOB: 8/1/64

Dear Mr Leach:

I am in receipt of your letter dated April 16, 2007, regarding Mr. Victor Godoy and injuries he sustained on July 19, 2007, in Medway, Massachusetts.

The patient is a 40-year-old Hispanic male, who by report was the diver of a trash truck that had begun to roll down a hill with the patient standing behind the truck. In attempting to reenter the back of the truck, he got caught between the truck and telephone pole and sustained a significant crush injury to his right calf and right lower extremity. He was taken to the University of Massachusetts Level I Trauma Center by helicopter. According to the report that was forwarded to me from the University of Massachusetts in the form of discharge summary, he sustained fairly significant blood loss. He arrived in Class 4 hemorrhagic shock with splenic and liver lacerations. He underwent abdominal exploration and following debridement and stabilization of the tibia, he became secondarily infected and was returned to the operating room multiple times and eventually underwent an above knee amputation that was finally closed on 8/3/05.

He was followed in a rehabilitation facility and then was seen in my office on October 24, 2005, for evaluation for prosthetic fitting. My recommendation at that time was that he be fitted with a temporary above knee prosthesis and that he was allowed to use crutches full weightbearing on the right affected side. He was continued in physical therapy into 2006. There were some problems with the socket, and he was sent for slightly different above knee amputation prosthesis. He was last seen in my office on February 12, 2007.

Although he still had some irritation on the upper medial thigh, for which he was scheduled to get a reevaluation by the prosthetist for padding, he otherwise appeared to be doing well.

My impression is that Victor Godoy sustained multiple injuries as a direct result of having been crushed between a trash collecting truck and a telephone pole on July 19, 2005. This included a right knee disarticulation followed by debridement and subsequent closure of the stump in addition to his general surgical abdominal injuries. He will require life-long prosthetic fitting in order for him to remain ambulatory, but at this time I have no plans for any additional surgery. I consider his long-term prognosis to be fair. As you may be aware, the energy requirements for an above knee prosthetic amputee are significant, and the altered gait that results from the long-term use of a prosthesis frequently results in hip and lumbar problems because of the alteration in biomechanics.

These statements are made to within a reasonable degree of medical certainty and probability. Please do not hesitate to contact me if you have any questions.

Sincerely,

Christopher T. Born, M.D.
Professor of Orthopedic Surgery
Brown Medical School
Director, Orthopedic Trauma
Rhode Island Hospital

CTB/wfw-nm
Dictated but not read to expedite communication

UMassMemorial | University of Massachusetts Medical School

Department of Surgery
Division of Plastic Surgery

Hahnemann Campus
281 Lincoln Street
Worcester, MA 01655
Tel: 508-334-5969
Fax: 508-334-5752
www.umassmemorial.org

Janice F. Lalikos, MD
Associate Professor of Surgery and Pediatrics

May 7, 2007

Peter P.D. Leach
Attorney At Law
One Charles Street
Providence, RI 02904

RE Victor Godoy
DOB 08/01/1964
MR # 940615

Dear Mr. Leach:

Victor Godoy was involved in an accident on July 19, 2005. Because of his massive multi trauma, patient had a persistent open abdomen treated by the trauma service. Ultimately this was closed with a skin graft over intestinal contents. Beginning in April of 2006 and ending on April 16, 2007, in coordination with Trauma and General Surgery services, we have been able to stepwise reduce this large open hernia and ultimately close him. He was last seen in the wound clinic on April 30, 2007 and on that appointment was noted to be completely healed without recurrent hernia.

Causally, patient had a large open traumatic hernia wound as result of the massive resuscitative effort and surgical effort required to save his life. At this point that hernia has been closed. However, he remains at significant risk for re-herniation. Because of his traumatic lower limb amputation, a lot more work will be required of his abdomen to ambulate, etc. Also obesity and diabetes are independent risk factors for abdominal wall herniation. The Plastic Surgery service will continue to track Mr. Godoy to make sure long term abdominal wound closure is sustained. Should a hernia recur, treatment will depend on the size and/or symptoms related to that hernia. We plan to see him in the Plastic Surgery office in the next several months and will continue following him intermittently for at least 2 years postoperatively.

Sincerely yours,

Janice F. Lalikos, MD
Associate Professor of Surgery, UMass Medical School

Allan M. Feldman Ph.D.
*Consulting Economist*

Please reply to:
*17 Irving Avenue*
*Providence, Rhode Island 02906*
*Telephone: (401) 751-1281 – Fax: (401) 751-1413*

*Department of Economics, Brown University*
*Providence, Rhode Island 02912*
*Telephone: (401) 863-2415 – Fax: (401) 863-1970*

May 25, 2007

Economic Losses Due to the Disability of

Victor Godoy

Victor Godoy was born on August 1, 1964 (1964.58). He was injured in a work-related accident on July 19, 2005 (2005.55). He was then 40.97 years old. Mr. Godoy was operating a mobile waste vehicle. When the vehicle started to roll Mr. Godoy attempted to enter it to stop it; he then became wedged between a telephone pole and the steering wheel of the vehicle. Mr. Godoy sustained severe internal injuries and severe injuries to his right leg. The right leg injuries resulted in an above-knee amputation.

For the purposes of this report, Victor Godoy is assumed to be totally and permanently disabled from work, starting on July 19, 2005.

According to tables published in the 2006 *Statistical Abstract of the United States*, the life expectancy of a white male at age 40 is 37.4 years. According to tables published in the 2001 *Journal of Forensic Economics*, the worklife expectancy of a man with less than a high school education, in the active workforce at age 40, is 17.8 years (Hunt, Pickersgill and

Rutemiller, "Recent Trends in Median Years to Retirement and Worklife Expectancy for the Civilian U.S. Population").

Victor Godoy completed a 9th grade education. He is married to Reginalda Godoy. He has a work history as a machine operator and as a truck driver. He has a class B truck driver's license.

Mr. Godoy was hired on or around July 21, 2004 by American Waste Services LLC, in Raynham, Massachusetts. He was employed by that firm as a mobile waste vehicle operator, collecting waste on a daily route. He was paid $18 per hour by American Waste Service, for a 40-hour week, with time and a half for overtime. Mr. Godoy's 2004 W2 form from American Waste Services shows wages of $17,710 (for pay dates July 29, 2004 through December 30, 2004). His 2005 W2 from American Waste Services shows wages of $34,954 (for the entire year; for pay dates January 6, 2005 through July 21, 2005 his pay totaled $27,335).

A Commonwealth of Massachusetts "Insurer's Notification of Payment" form shows that Mr. Godoy's average weekly wage prior to the accident was $893.56. His weekly worker's compensation is 60 percent of the average weekly wage, or $536.14.

Multiplying Mr. Godoy's hourly pay rate of $18 by 2080 hours per year gives $37,440 per year. Multiplying the average weekly wage of $893.56 by 52 weeks per year gives $46,465 per year.

For the purposes of this report, I conservatively assume a pre-injury earning capacity of $40,000 per year, in 2005 dollars.

To convert the $40,000 in 2005 dollars into equivalent amounts for the years 2006 through 2007, it is multiplied by factors that represent the increases in gross average weekly

earnings in the private sector of the economy, between 2005 and the respective years. These factors are based on statistics published in the U.S. Department of Labor's *Employment and Earnings*, March 2007. The results are:

| Year | Pre-Disability Potential Gross Earnings |
|---|---|
| 2005 | $18,082 |
| 2006 | $41,600 |
| 2007 | $42,848 |

Note that the figure for 2005 is prorated for the fraction of the year after the date of the accident. Adding over the years 2005 through 2007, and netting out wages of $20,021, paid in 2005 subsequent to the accident and in 2006, gives:

Total Lost Pre-Disability Potential
Gross Earnings, 2005-2007 ................$82,509.

The next step in this analysis is to project the 2007 pre-disability potential gross earnings figure over the remainder of the worklife expectancy, a period of 17.8 - 2.5 = 15.3 years. The future projection period starts in the year 2008 and ends in the year 2023. In this projection, adjustments are made for expected future inflation and expected future productivity growth. Also, in order to find the present value of the stream of gross earnings, future amounts are discounted with an appropriate discount, or interest rate.

The inflation factor is 2.5 percent per year. This is based on the average rate of inflation over the last 5 years, and over other recent periods. The productivity growth factor is 1.0 percent per year. This is the approximate average rate of increase in real wages over the period 1975-2005. The discount rate is 4.8 percent per year, based on the approximate average yield on long-term U.S. Treasury bonds, as of May 24, 2007. Combining these three rates gives a real interest rate adjusted for productivity growth of 1.23 percent per year.

It follows that the 2007 present value of future pre-disability potential gross earnings is:

2007 Present Value of Future Pre-Disability
Potential Gross Earnings ................ $595,837.

Economic losses (that is, earning capacity losses) due to the disability of Victor Godoy are given by the sum of total lost pre-disability potential gross earnings, 2005-2007, and the present value of future pre-disability potential gross earnings:

Economic Losses ................................ $678,346.

Allan M. Feldman



**Vaughn P. Adams, Jr.**
Senior Consulting Engineer
BTI Consultants
1937 East Broadway Road
Tempe, Arizona 85282-1701
(480) 967-1000
(480) 967-4355 fax
www.btic.com

## EDUCATION

| | |
|---|---|
| Ph.D. | Texas A & M University (Safety Engineering), 1975 |
| M.S. | Arizona State University (Human Factors Engineering), 1970 |
| B.S. | Arizona State University (Engineering Design), 1964 |

## PRINCIPAL AREAS OF RESEARCH, TEACHING OR CONSULTING

Human Factors Engineering, Systems and Product Design, Man/Machine System Integration, Product and Mechanical Design (including Defect and Patent Analysis), Consumer Product Risk Analysis, Hazard Quantification in Product and System Design, Systems Safety Engineering, System Safety Quantification Techniques such as Failure Mode and Effects Analysis, Fault Tree Analysis and Hazard Analysis, Biostereometric Applications to Physical Anthropometry, Forensic Engineering, Occupational Health and Safety Engineering

## CERTIFICATION/REGISTRATION

| | |
|---|---|
| 1983 | Certified Land Surveyor (Arizona #16404) |
| 1977-88 | Registered Professional Engineer (California #SF1545) |
| 1976 | Registered Professional Engineer (Arizona #11087) |
| 1974 | Registered Professional Engineer (Texas #36093) |
| 1973 | Certified Safety Professional (#3551) |
| 1968 | Certified Protective Design Analyst (Department of Defense) |
| 1965 | Certified Nuclear Shielding Analyst (#BTT-1703-65) |

## INDUSTRIAL EXPERIENCE

| | |
|---|---|
| 1980- | Senior Consulting Engineer, BTI Consultants, Tempe, Arizona |
| 1972-80 | Engineering Consultant, Biotechnics, Tempe, Arizona |
| 1963-64 | Staff Engineer, Unidynamics, Litchfield Park, Arizona |
| 1960-63 | Director of Research and Development, J.F. Long, Incorporated, Phoenix, Arizona |
| 1958-60 | Engineering Designer, Salt River Power District, Phoenix, Arizona |
| 1957-58 | Designer, Hutton & Hutton Architects and Engineers, Hammond, Indiana |
| 1955-57 | Engineering Designer, Rockwell Manufacturing Company, East Chicago, Indiana |

## CONSULTING EXPERIENCE (Partial Listing)

Loss Control Engineering (Mobil Oil of Indonesia, Revlon, Arizona Public Service Company, Tulley Industries)
Human Factors Evaluation of Overhead Door Operations
Oil Drilling Task Analysis
Helm Position Visibility Study (Marine Crafts)
Safety Engineering of Power Press/Shear Equipment
Human Factors/System Safety Considerations of Medical Equipment
Evaluation of Worker Assessment of Risk Taking
Investigation of Storage Battery Explosions
System Safety Analysis of Secondary Education Playground Equipment
Systems Safety Analysis of a Heavy Duty Concrete Loader/Hauler
Human Factors Evaluation of Highway/Railroad Intersection Accidents
Failure Analysis of Header Cap on Ammonia Refrigeration Unit
Professional Development Coursework for Registered Architects and Engineers (Sponsored by the National Society of Professional Engineers)
Human Factors Considerations in a Coal Loader Electrocution Accident
Human Factors/Systems Safety Considerations of a Cotton Gin Accident
Auditory Alarm Research in Off Road Construction Vehicles
Hazard Analysis of Power Press Operations
System Safety Considerations of Industrial Automation (Robotics)

## PRINCIPAL PROFESSIONAL PUBLICATIONS AND PRESENTATIONS

"A System Safety Analysis of Consumer Exposure to Gasoline Hazards," with Gordon W. Whitaker, 17th International System Safety Conference, Orlando, Florida, August 1999
"Product Reliability Development," with Gordon W. Whitaker, Medical Device and Diagnostic Industry Conference, Anaheim, California, January 1998
"Ergonomics in the Workplace," Semiconductor Safety Association Conference, Scottsdale, Arizona, 1986
"Product Safety Engineering Theory and Practice," Product Safety and Liability Engineering Conference, University of Texas, Austin, Texas, 1983

**PRINCIPAL PROFESSIONAL PUBLICATIONS AND PRESENTATIONS (Continued)**

"Loss Prevention and Control," Medan, Indonesia: Mobil Oil of Indonesia, 1982
"Importance of Certification," 5th International System Safety Conference, Denver, Colorado, 1981
"Certification Requirements of a Safety Professional," 14th Annual Southwest Safety Congress and Exposition, Tucson, Arizona, 1979
"Systems Safety Engineering," Instituto Technologico De Studios, Superiores De Monterrey, Monterrey N.L., Mexico, 1979
"Public Safety: A Growing Factor in Modern Design," Principal Address at the Invited Forum on Public Safety, Texas A & M University, College Station, Texas, 1979
"International Requirements for Professional Certification of Safety Professionals," Latin American Safety Symposium, Acapulco, Mexico, 1978
Presentation at Applied Systems Safety Engineering Techniques Seminar, American Society of Safety Engineers, Phoenix, Arizona, 1977
"Space Packaging," American Society of Packaging and Handling Engineers Conference, Phoenix, Arizona, 1977
"Biostereometrics: Determination of Human Body Surface Area and Applications to Thermal Regulation Models of Man in Space," NASA Research Report, Systems Engineering Branch, Crew Systems Division, 1977
Executive Address at Professional Development Seminar, American Society of Safety Engineers, Tucson, Arizona, 1975
"Epidemiological Study of Occupational Related Injury and Disease in the State of Arizona," Unpublished Doctoral Dissertation, Texas A & M University, College Station, Texas, 1975
"Indifax: Preliminary Design of a Facsimile Transmitted Audio-Visual Communication System for India," Editor and Contributor, Texas A & M University, College Station, Texas, 1973
"Biomechanical Design at Arizona State University," Arizona Association of Physical Therapists Conference, Phoenix, Arizona, 1971
"Moonlab: Preliminary Design of a Manned Lunar Laboratory," with others, Stanford University Press, NASA/ASEE, 1968

**MEMBERSHIP IN SCIENTIFIC AND PROFESSIONAL SOCIETIES**

Human Factors and Ergonomics Society (Member)
Society of Automotive Engineers (Member)
American Society of Safety Engineers (Professional Member)
National Academy of Forensic Engineers (Fellow #60F)
System Safety Society (Member)
National Society of Professional Engineers (Member)
Arizona State Board of Technical Registration (Member)
Texas Board of Professional Engineers (Members)
American Society of Testing and Materials (Member)
American National Standards Institute (Member)
American Society of Agricultural Engineers (Member)
International Society for Fall Protection (Member)
Board of Certified Safety Professionals

**PROFESSIONAL SOCIETY ACTIVITIES**

American Society of Testing and Materials Subcommittee E34.85, Ergonomics (1995-present)
American Society of Testing and Materials Subcommittee E34.80, Safety Requirements for Products Equipment and Facilities (1990-94)
American National Standards Institute Standards Committee, Safety Requirements for Personal Fall Arrest Systems, Subsystems and Components Z359.1 (proposed ANSI revisions through the United States Technical Advisory Group) (1985-1992)
American National Standards Institute Standards Committee, Requirements for Safety Belts, Harnesses, Lanyards, Lifelines, and Drop Lines for Construction and Industrial Use - A10.14 (proposed ANSI revisions through the United States Technical Advisory Group) (1984-88)
United States Technical Advisory Group, International Standards Organization/Technical Committee/Subcommittee 4 - U.S. TAG-ISO/TC94/SC4 (1984-1994)
Education Committee, System Safety Society (1983)
Appointed Delegate, International Ergonomics Association, Human Factors Society (1983)
Human Factors Society, Registration/Certification Committee (1982)
Human Factors Society, Director, Arizona Section (1981)
Board of Certified Safety Professionals of Americas, President (1981)
American Society of Safety Engineers, National Education Committee Chairman (1980)
Board of Certified Safety Professionals of the Americas, Board of Directors (1976-83)

**AWARDS, SCHOLARSHIPS AND HONOR SOCIETIES**

| | |
|---|---|
| 1980 | ASEE-NASA Faculty Research Fellowship, Stanford University, Ames Research Center |
| 1976-77 | ASEE-NASA Faculty Research Fellowship, University of Houston, Johnson Space Center |
| 1973 | Alpha Pi Mu (National Industrial Engineering Honor Society), Texas A & M University |
| 1973 | Psi Chi (National Psychology Honor Society), Texas A & M University |
| 1968 | ASEE-NASA Faculty Fellowship in Systems Design, Stanford University, Ames Research Center |
| 1964 | Graduation with Distinction, Arizona State University, College of Engineering Sciences |

**ACADEMIC EXPERIENCE**

| | |
|---|---|
| 1982-83 | Arizona State University, Professor, Design Science (Reduced Load, Tenured Position) |
| 1981-82 | Arizona State University, Professor, Design Science |
| 1980-81 | Arizona State University, Sabbatical Leave |
| 1976-80 | Arizona State University, Chairman, Department of Design Science |
| 1973-76 | Arizona State University, Associate Professor of Industrial Design |
| 1972-73 | Texas A & M University (Arizona State University, Sabbatical Leave) |

**ACADEMIC EXPERIENCE (Continued)**

| | |
|---|---|
| 1968-72 | Arizona State University, Assistant Professor and Chairman, Department of Industrial Design, College of Engineering Science |
| 1964-68 | Arizona State University, Lecturer, Department of Design, College of Engineering Science |

**FACULTY SUMMER INSTITUTES**

| | |
|---|---|
| 1980 | Stanford University, post-Doctoral Coursework in Numerical Analysis and Systems Engineering |
| 1974 | Texas A & M University, Advanced Professional Development, Institute for Occupational Safety and Health Professors |
| 1973 | University of Washington, Protective Design Institute |
| 1972 | Texas A & M University, Occupational Safety and Health Institute for College Professors |
| 1968 | Stanford University, Systems Design |
| 1966 | Pennsylvania State University, Computer-Aided Design in Architecture and Engineering |
| 1965 | Montana State University, Certifying Institute for Nuclear Shelter Design and Analysis |

**William E. Gest**
Senior Consulting Engineer
BTI Consultants
1937 East Broadway Road
Tempe, Arizona 85282-1701
(480) 967-1000
(480) 967-4355 fax
www.btic.com

## EDUCATION

| | |
|---|---|
| B.S.M.E. | Automotive Engineering, General Motors Institute, Flint Michigan |
| MBA | Marketing/Finance, Wayne State University, Detroit, Michigan |

## PRINCIPAL AREAS OF RESEARCH, DEVELOPMENT AND INDUSTRIAL MANAGEMENT

Automotive-Chassis, brakes, body structure, interior, bumper systems, power train, restraint systems design and development. Vehicle crash analysis, regulatory compliance. Emissions including California Air Resource Board (CARB). Consumer products-outdoor products, including string trimmers and blower/vacuums. Small engine design expertise. Mobility and limousine industry vehicle conversions. Lift devices manned and unmanned. Laboratory safety, including handling of Class 1.1 explosives. Quality systems for manufacturing. Lean manufacturing. Engineering analysis of products including static dynamic stress, fluid dynamics and thermal-video presentation of results.

## ENGINEERING EXPERIENCE

| | |
|---|---|
| 2004- | Senior Automotive Engineer, BTI Consultants, Tempe, Arizona |
| 2004- | Vice President, Business Development, ESG Engineering, Phoenix, Arizona |
| 2000-03 | Vice President, Engineering and Quality, Vantage Mobility International, Phoenix, Arizona |
| 1999-00 | Vice President, Product Engineering, MTD Ryobi Outdoor Products, Incorporated, Chandler, Arizona |
| 1995-98 | Director of Engineering Services, Vehicle Safety Systems, Inc., Mesa, Arizona/Washington, Michigan |
| 1992-95 | Director of Passenger Inflator and Module Engineering, Vehicle Safety Systems, Inc., Mesa, Arizona/Washington, Michigan |
| 1989-1992 | General Manager and Director, CDI Corporation/Modern Engineering, Warren, Michigan |
| 1969-89 | Engineering Manager, General Motors Corporation, CPC Car Group and Chevrolet Division, Warren, Michigan |

## CONSULTING AND TEACHING EXPERIENCE

Consultant to mobility industry on crash worthiness, structure and regulations. Consultant to limousine manufactures on design and safety.

William E. Gest
BTI Consultants
Page 2

## PRINCIPAL PROFESSIONAL PUBLICATIONS AND PRESENTATIONS

"Integrated Engineering for Increased Productivity," Body Engineering Journal
"Camaro and Preparing it as an Indy Pace Car," Society of Automotive Engineers, Indianapolis, Indiana
"Design and Development of the New Camaro, Society of Automotive Engineers, Tampa, Florida
"Computer Aided Design and Analysis Trends," DataTech Conference, Chicago, Illinois
"Inflatable Restraint Technology Design and Development," Society of Automotive Engineers, Washington, DC
"Mobility Products Design and Development," Shopper's Home National Conference, Toronto, Canada
"New Generation of Automated Ramp Systems," National Sales Conference for VMI, Phoenix, Arizona

## MEMBERSHIP IN SCIENTIFIC AND PROFESSIONAL SOCIETIES

Society of Automotive Engineers
Member of Lift Standard Committee
Member of the Handicapped Vehicle Standard Group

## PATENTS

U.S. Patent 4,548,166 - All Plastic Air Cleaner
U.S. Patent 4,830,418 - Bumper Energy Absorber
U.S. Patent 5,531,475 - Curled ond Airbag Inflator
U.S. Patent 5,527,065 - Shear Tab Mechanism for Airbag Module Door
U.S. Patent 5,562,304 - Corrugated Filter for Air Bag Inflator
U.S. Patent 6,273,035 - Carburetor Heat Sink for Small Gas Engine
U.S. Patent 6,547,507 - Wheelchair Lift

## AWARDS, HONORS AND SCHOLARSHIPS

Chairman's Award for Innovation from TRW
President's Recognition for New Products Launch at VMI

**Marc H. Richman, Inc.**

*Consulting Engineers — Forensic Engineers — Metallurgists/Materials Engineers*
*Specializing in Product Liability — Legal Evidence*

One Richmond Square
Providence, Rhode Island 02906
Telephone: 401-751-9656
Facsimile: 401-751-9210
mhrichman@aol.com

Prof. MARC H. RICHMAN, Sc.D., P.E.

Professional Biographical Sketch

**Date and Place of Birth:** 14 October 1936
Boston, Massachusetts
U.S.A.

**Citizenship:** United States

**Social Security No.:** 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

**Education:**

| | |
|---|---|
| ----- | Boston Latin School, Sept. 1947 - June 1953 |
| S.B. | (Metallurgy), Massachusetts Institute of Technology, June 1957 |
| Sc.D. | (Metallurgy), Massachusetts Institute of Technology, February 1963 |

**Experience:**

| | |
|---|---|
| 1957 - 1981 | Consulting Engineer in Private Practice |
| 1981 - pres | President, Marc H. Richman, Inc., Consulting Engineers, One Richmond Square, Providence, R.I. 02906 |
| 6/57 - 9/57 | Engineer, Research & Development Laboratory, Shipbuilding Div., Bethlehem Steel Corp., Quincy, Mass. |
| 9/57 - 6/60 | Instructor in Metallurgy, Dept. of Metallurgy, Massachusetts Institute of Technology, Cambridge, Mass. |
| 6/59 - 9/59 | Guest Scientist, Laboratories for Research & Development, Franklin Institute, Philadelphia, Penn. |
| 6/60 - 2/63 | Research Assistant, Dept. of Metallurgy, Massachusetts Institute of Technology, Cambridge, Mass. |
| 1/58 - 5/62 | Instructor in Metallurgy, Div. of University Extension, University of Massachusetts. |

**Experience:** (cont'd)

| | |
|---|---|
| 2/63 - 9/63 | Active Duty, U.S. Army, Faculty, U.S. Army Ordnance Center & School, Aberdeen Proving Ground, Md. |
| 9/63 - 6/67 | Assistant Professor of Engineering, Brown University, Providence, R.I. |
| 7/67 - 6/70 | Associate Professor of Engineering, Brown University, Providence, R.I. (with tenure) |
| 6/68 - 6/71 | President, Educational Aids of Newton, Inc., Providence, R.I. |
| 7/68 - 1/70 | Consultant, U.S. Naval Applied Science Laboratories, Brooklyn, N.Y. |
| 1968 - 1989 | Executive Committee, Division of Engineering, Brown University, Providence, R.I. (alternating two year terms) |
| 1970 - 1994 | Editor, Soviet Physics - Crystallography, Plenum Publishing, N.Y. (American Institute of Physics) |
| 1970 - pres | Editorial Advisory Board, Materials Characterization (formerly Metallography), American Elsevier Publishing Co. |
| 7/70 - 6/98 | Professor of Engineering(Tenure),Brown University, Providence, R.I. |
| 9/70 - 2/71 | Visiting Professor of Industrial Engineering, University of Rhode Island, Kingston, R.I. |
| 7/71 - 6/86 | Director, Central Electron Microscopy Facility, Materials Research Program, Brown University, Providence, R.I. |
| 9/71 - 9/81 | Consultant, U.S. Army Materials & Mechanics Research Center, Watertown, Mass. |
| 1974 - 1986 | Biophysicist, Adjunct Staff, Dept. of Medicine, Miriam Hospital, Providence, R.I. |
| 1974 - 1986 | National Advisory Board, Educational Modules of Materials Science and Engineering, National Science Foundation, Washington, D.C. |
| 1978 - 1993 | Bioengineer, Affiliate Staff, Dept. of Orthopaedics, Rhode Island Hospital, Providence, R.I. |
| 1985 - 1989 | Representative for Undergraduate Curriculum and Affairs, Division of Engineering, Brown University, Providence, R.I. |
| 1986 - 1992 | Editorial Advisory Board, Journal of Forensic Engineering, Pergamon Press, N.Y. |
| 1989 - 1998 | ABET Representative, Division of Engineering, Brown University, Providence, R.I. |
| 1989 - 1993 | Executive Comm., Div. of Engineering, Brown University, Providence, R.I. |
| 1990 - 1998 | Radiation Safety Committee, Brown Univ. |
| 1991 - 1998 | Director, Undergraduate Programs, Division of Engineering, Brown University, Providence, R.I. |
| 1991 - 1992 | Chairman, Undergraduate Concentration Comm., Division of Engineering, Brown University, Providence, R.I. |

**Experience:** (cont'd)

| | |
|---|---|
| 1991 - 1992 | Medical Council, Brown Univ., Providence,RI |
| 1991 - 1994 | Deputy Director, Center for Thin Films and Interface Research, Brown Univ./Univ. of R.I. |
| 1992 - 1996 | Committee on Academic Standing, Brown University, Providence, R.I. |
| 7/98 - pres | Professor Emeritus, Brown University, Providence, R.I. |

**Professional Activities:**

American Academy of Forensic Sciences
American Ceramic Society
American College of Forensic Examiners
    Diplomate, ACFE
    Fellow, ACFE
    Board of Governor's, ACFE Graduate Doctorate Program
    American Board of Engineering and Technology
American Institute of Mining, Metallurgical and Petroleum Engineers
    TMS (The Minerals, Metals, Materials Society)
American Institute of Chemists
    Founding Member
    Fellow
American Society for Engineering Education
ASM International (formerly American Society for Metals)
  Boston Chapter
    Student Affairs Chairman (1958-60)
    Executive Committee (1960-63)
  Rhode Island Chapter
    Secretary-Treasurer )1965-68)
    Chairman (1968-69)
  National
    Education Committee (1960-62,1966-68)
    Development Committee (1968-69)
    Constitution and By-Laws Committee (1969-72)
  New England Regional Conference Committee
    Program Chairman (1965-66, 1966-68)
    Secretary (1968-70)
American Society for Testing and Materials
    Committee E-30 - Forensic Sciences
    Committee E-40 - Product Liability Litigation
    Committee F-4 - Medical and Surgical Materials/Devices
American Society of Civil Engineers
American Trial Lawyers Association
American Welding Society
    Providence Section
      Vice President (1972)
Building Officials Code International
Institute of Materials (United Kingdom)
    Fellow
International Association of Arson Investigators

National Academy of Expert Witnesses
National Academy of Forensic Engineers
  Fellow
  Board Certified Forensic Engineer
National Association of Corrosion Engineers (NACE International)
National Association of Professional Accident Reconstruction Specialists
National Fire Protection Association
National Institute of Ceramic Engineers
National Society of Professional Engineers
New England Society of Electron Microscopy
  Founding Member
  Vice President (1968)
  President (1969)
Providence Engineering Society
  First Vice President (1990-91)
  President (1991-92)
  Trustee (1992-pres)
Rhode Island Society of Civil Engineers
Rhode Island Society of Professional Engineers
Society of Automotive Engineers

**Awards and Fellowships:**

Albert Sauveur Memorial Award, 1968-69, American Society for Metals
Fellow, American Institute of Chemists
Fellow, American Board of Forensic Examiners
Fellow, Institute of Materials (U.K.)
Outstanding Young Faculty Award, 1969, American Society for Engineering Education
Tau Beta Pi
Sigma Xi
Freeman Award for Outstanding Achievement in Engineering, Providence Engineering Society, 1989
Fellow, National Academy of Forensic Engineers
Technical Analysis Corp., Award for Excellence in Teaching of Engineering, 1992.
Engineer of The Year, R.I. Society of Professional Engineers, 1992 - 1993.

**Professional Registration and Certification:**

Licensed Professional Engineer - State of Connecticut
Registered Professional Engineer - Commonwealth of Massachusetts
Registered Professional Engineer - State of Rhode Island
Certified Ceramic Engineer - National Institute of Ceramic Engrs.
CESB (Council of Engineering Specialty Boards) Board Certified Diplomate in Forensic Engineering by NAFE (National Academy of Forensic Engineers)
Board Certified Forensic Examiner (American Board of Forensic Examiners)

**Military Commissions:**

Major, Ordnance Corps., U.S. Army Reserve, Retired.

**Theses:**

| | |
|---|---|
| B.S., M.I.T. | June 1957, The Effect of Austenitizing Temperature on the Nucleation rate of Pearlite, Thesis Advisor: Prof. Morris Cohen |
| Sc.D., M.I.T. | Jan. 1963, Electron Microscopy of the Fine Structure of Iron-Nickel-Carbon Martensites, Thesis Advisor: Prof. Morris Cohen |

01/00:\Datawp\Bios\MHR CV Bios.wpd

Publications

1. "The Role of Austenitizing Temperature in the Nucleation of Pearlite" (with D.A. Thomas & M. Cohen); Acta Met. 7 (1959) 814.

2. "Experimental Evidence for Martensitic Embryos" (with H.G.F. Wilsdorf & M. Cohen); Acta Met. 7 (1959) 819.

3. Discussion to "The Effect of Hydrostatic Pressure on the FCC - BCC Reactions in Iron-Base Alloys", "Progress in Very High Pressure Research" (with L. Kaufman); Bundy, Hibbard and Strong, Eds., Wiley, 1961, New York, 107.

4. "An Analytical Method for Calculation of Electron Diffraction Patterns Containing Twin Reflections" (with E.S. Meieran); Trans. AIME 227 (1963) 1044.

5. "Discoveries in the Science of Metals" (with W.F. Collins); Science Materials Center, Inc., New York, 1963.

6. "A General Analytical Method for Calculating Electron Diffraction Patterns Containing Twin Reflections" (with E.S. Meieran); Brown University Technical Report ARPA/E7, May 1964.

7. "A Critical Review of the Effects of Grain Boundaries on Mechanical Properties of Materials" (with M.A. Jaswon); Appl. Mech. Rev. 17, No. 11, (1964) 857.

8. Discussion "Growth of Martensite in an Iron-28.8% Nickel Alloy" (with M. Cohen); R.B. Yeo, Trans. ASM 57 (1964) 1063.

9. "The Role of Carbon and Fine Structure in the Hardening of Iron-Nickel-Carbon Martensites" (with M. Cohen); Technical Report No. 10, 27 April 1965, Contract Nonr 1841 (35), M.I.T.

10. "TiC Alloyed Cutting Tools" (with J. Stanislao & C.F. James, Jr.); The Tool and Manufacturing Engineer, June 1966, 26.

11. "Determination of the Isothermal Transformation Diagram for Hi-Carbon M-2 Tool Steel" (with L.M. Markowitz); Brown Technical Report ARPA/E32, July 1966.

12. "Field Ion Microscopy and a Study of the Tungsten-Carbon Alloy System" (with R.D. French); Brown Technical Report ARPA/E33, August 1966.

13. "Calculation of the Cleavage Characteristics of Hexagonal Close-Packed Metal Crystals" ASM 59 (1966) 374.

14. "A Critical Review of the Effects of Grain Boundaries on Mechanical Properties of Materials", "Applied Mechanics Surveys" (with M.A.

Jaswon); Abramson et al, eds., Spartan Books, Washington, DC, 1966, 211.

15. "An Approximate Calculation of the Surface Energies of Individual Crystallographic Planes in B.C.C. and H.C.P. Crystals", Brown Technical Report, AT(30-1)2394, No. 25, January 1967.

16. "On Promoting Creativity", Brown University Engineer, No. 10, March 1967.

17. "The Computation of Continuous Transformation Diagrams from Isothermal Data" (with L.M. Markowitz); Trans. ASME 239 (1967) 131.

18. "A Temperature Control System for a Machining Operation" (with J. Stanislao & H.O. Baudisch); Instruments and Control Systems, 40 (1967) 101.

19. "The Effect of Titanium Carbide Content of Cemented WC-TiC Cutting Tools in the Machining of Steels and Cast Irons" (with J. Stanislao & C.F. James, Jr.); J. of Materials, 2 (1967) 625.

20. "Introduction to the Science of Metals", Blaisdell Publishing Company Waltham, MA, 1967.

21. "Diffusion of Carbon in Tungsten and the Formation of Tungsten Carbide" (with R.D. French); XIV Field Emission Symposium, Washington, DC, 1967.

22. "The Work Function and Surface Energy of B.C.C. Metals" Trans. ASM 60 (1967) 719.

23. "Observations of Dislocations and Their Interactions with Second Phase Particles in Aluminum-Silicon Alloys by Transmission Electron Microscopy" (with K.D. Prince); Brown Technical Report, AT(30)-2394 Report No. 24, November 1966, presented at AIME Meeting, Cleveland, October 1967.

24. "An Electron Diffraction Study of the Oxide Formed on Cemented Carbide-Titanium Carbide Cutting Tools" (with J. Stanislao & C.F. James, Jr.); Trans. ASME 90B Feb. 1968, 92.

25. "Carburizing Tungsten in the Field Ion Microscope" (with R.D. French); Philosophical Magazine 18 (1968) 471.

26. "Electron Microscopy of the Fine Structure of Fe-Ni-C Martensites" (with M. Cohen); Mat. Sci. and Engin. 3 (1968) 240.

27. "Electron Microscope Technique for the Measurement of Oxide Films" (with J. Stanislao); Proc. 26th Annual EMSA, C.J. Arsenaux, Claitor's Publ. Co., New Orleans, 1968, p. 454.

28. "Transverse Sectioning of Field-Ion Microscopy Specimens for Transmission Electron Microscopy" (with R.D. French); Trans. ASM 61 (1968) 190.

29. "Computer Aid in Indexing HCP Field Ion Micrographs"(with W.D. Sproul), Trans. AIME 242 (1968) 1186.

30. "Dislocations and Growth Occlusions in Tungsten Selenide" (with K.D. Prince & A. Wold); Proc. 26th Annual EMSA, C.J. Arsenaux, ed., Claitor's Publishing Co., New Orleans, 1968, 264.

31. "Microstructure of Electro-Eroded Cemented Carbide Surfaces" (with V.N. Filimonenko & J. Gurland); Proc. 26th Annual EMSA, C.J. Arsenaux, editor, Claitor's Publishing Co., New Orleans, 1968, 284.

32. "Electron Microscope Observations of Tungsten Selenide" METALLOGRAPHY 1 (1968) 227.

33. "Manufacturing Processes and Materials" (with J. Sanislao); Ch. 19, The Production Handbook, Third Edition, Ronald Press, New York.

34. "Adsorption and the Recombination of Surface Bonds" (with R.D. French); XV Field Emission Symposium, Bonn, Germany, September 1968, 77.

35. "A Comparative Field Ion Microscope Study of Tungsten Carbide" (with W.D. Sproul); XV Field Emission Symposium, Bonn, Germany, September 1968, 46.

36. "An Investigation of the role of the Interface in Composite Materials", Brown University Technical Report, AMMRC-1, October 1968.

37. "An Investigation of the Internal Structural Factors Determining the Flow and Fracture Strengths of Beryllium" (with R.W. Armstrong, S.J. Burns and J. Gurland); U.S. Air Force Technical Report AFML-TR-69-10, Wright-Patterson AFB, January 1969.

38. "A Method for Temperature Measurement in a Single Point Cutting Tool" (with J. Stanislao & C.F. James, Jr.); Trans. AIME 1 No. 4 (1969).

39. "Direct Observations of the Effect of Particle Size on Dispersion Hardening" (with K.D. Prince); J. of Materials 4 (1969) 145.

40. "Microstructure of Electric Discharge Machined WC-Co" (with V.N. Filimonenko & J. Gurland); METALLOGRAPHY 2 (1969) 125.

41. "Field Ion Microscopy of Carbides of Tungsten Formed Externally and In Situ" (with W.D. Sproul); METALLOGRAPHY 2 (1969) 149.

42. "The Effects of Continuous Annealing on Aluminum Conductor Quality" (with M.R. Waldman); Wire Journal 2, No. 12 (1969) 63.

43. "Design and Synthesis of Materials with Specific Properties", Metals and Materials 3 (1969) 217.

44. "Field Ion Microscopy of Martensite" (with M.E. Schreiner); XVI Field Emission Symposium, Pittsburgh, September 1969, 41.

45. "Imaging Characteristics of Transition Metal Compounds" (with P.C. Sekhar & F.Y. Ko); XVI Field Emission Symposium, Pitts., Sept. 1969, 67

46. "Quantitative Field Ion Microscopy", Proc. of the International Conf. on Quantitative Relations Between Properties and Microstructure, D.C. Brandon and A. Rosen, eds., Israel University Press, Jerusalem, 1969, 503.

47. "A Study of the Formation of Tungsten Carbide in the Field Ion Microscopy", "Applications of Field Ion Microscopy in Physical Metallurgy", Hochman, Muller and Ralph, eds., Georgia Institute of Technology Press, Atlanta, 1970, 453.

48. "The Role of Interfacially Active Metals in Composites" (with R.D. French & A. Levitt); BULLETIN, Amer. Cer. Soc. 49 (1970) 580.

49. "Production and Economic Consequences of the Oxide Film Barrier in Titanium Carbide-Tungsten Carbide Cutting Tools" (with J. Stanislao); Metals Engineering Quarterly 10 No. 1 (1970) 58.

50. "The Cohesive Energy of Surface Atoms of Tungsten on Various Crystal Planes" Japan J. Appl. Phys. 8 (9) (1970).

51. "The First Materials Science Course for Undergraduates", J. Engineering Education 60 (1970) 478.

52. "Solid Solution Strengthening I: Binding of Dislocations to Atomic Sized Defects: (with E.S.P. Das); Scripta Mct. 4 (1970) 69.

53. "Effect of Interaction-Induced Partial Order on the Random Solute Atom Dispersion in a Matrix" (with E.S.P. Das); Scripta Mct. 4 (1970) 189.

54. "An Electron-Microscopical Study of the Tempering of Tungsten-High Speed Steels" (with E. Tekin); METALLOGRAPHY 3 (1970) 1.

55. "Field Ion Microscopy of Martensite" (with P.C. Sekhar and M.E. Schreiner); XVII Field Emission Symposium, Yale University, New Haven, CT, 1970, 45.

56. "Precipitation and Dislocations in an Aluminum-Silicon Alloy" (with K.D. Prince); Brown Technical Report AT(30-1)-2394/40, August 1970.

57. "Application of Segmented Slip Theory of Hardening to BCC Metals" (with E.S.P. Das); 2nd Int'l Conference on the Strength of Metals and Alloys 1 (1970) 158.

58. "Proceedings of the Second Brown University Meeting on Materials Education", editor, Division of Engineering, Brown University, Providence, RI, January 1971.

59. "Electric Discharge Machining - Theory and Applications" (with J. Stanislao); Precision Metals 29 (1971) 47.

60. "Tempering of Martensite: A Field Ion Microscope Study" (with P.C. Sekhar and M.E. Schreiner); METALLOGRAPHY 4 (1971) 147.

61. "A Field Ion Microscope Study of Ferrous Martensite" (with P.C. Sekhar and M.E. Schreiner); METALLOGRAPHY 4 (1971) 133.

62. "The Effect of a Coated Thin Surface Layer on the Wear of Cemented Carbide Tools" (with M. Lee and J. Stanislao); Proc. 1st Int'l Cemented Carbide Conference, Chicago, 1971, 979.

63. "Dynamic Simulation of Dislocation Movement Among Random Obstacles" (with E.S.P. Das, A. Kleinman and P.M. Gurara); Proc. Summer Computer Simulation Conference, Boston, 1971, 233.

64. "Reply to Comments on Effect of Interaction Induced Partial Order on the Random Solute Dispersion in a Matrix" (with E.S.P. Das); Scripta Mct. 5 (1971) 5.

65. "Engineers - A Valuable National Resource", Engineerings, Providence Engineering Society 46 No. 16 (1971) 1.

66. "Application of Fractographic Techniques to Beryllium" (with S.J. Burns and J. Gurland); METALLOGRAPHY 4 (1971) 533.

67. "An Approximate Method for the Motion of Dislocations Among Random Obstacles in the Presence of Viscous Drag" (with E.S.P. Das and P.M. Gurara); J. Appl. Phys. 43 (1972) 2210.

68. "Report on the Second Brown University Meeting on Materials Education", Mat. Sci. and Engin. 1 (1972) 37.

69. "What Engineers Should Know About Materials: An Introductory Course", (in two parts) Engineerings, Providence Engineering Soc. 47 (1972) No. 13, 1 and No. 14, 2.

70. "Dislocation Configurations and the Forbidden Energy Gap of WSe2", (with J. Monzack); METALLOGRAPHY 5 (1972) 179.

71. "Some Atomistic Observations on the Role of Titanium in Magnesium-Graphite Fiber Composites" (with A.O. Levitt and E. DiCesare); AMMRC Technical Report, TR 72-32, October 1972. Submitted to Mct. Trans.

72. "Computation of Standard Projections for a Triclinic System of Arbitrary Orientation" (with F.Y. Ko); METALLOGRAPHY 5 (1972) 501.

73. "Computer Searching for Obstacles Ahead of a Moving Dislocation" (with E.S.P. Das and A. Kleinman); Mct. Trans. 4 (1973) 373.

74. "Chemical Vapor Deposition of a TiC Coating on a Cemented Carbide Cutting Tool" (with M. Lee); J. Electrochem. Soc. 120 (1973) 993.

75. "Some Observations on the Wear of TiC-Coated Cemented Carbide Cutting Tools" (with M. Lee); SME Technical Paper MR 73-217, (1973).

76. "Reversible Microstructure of Control of Electrical Properties of WSe2"(with W.D. Sproul) Appl. Phys. Let., Oct. 15, 1973, 23 (1973) 460.

77. "Exfoliation of Magnesium-Graphite Composites: A Combined Metallographic and Analytical Approach" (with A.P. Levitt and E.S. DiCesare); METALLOGRAPHY 6 (1973) 497.

78. "Microstructural Study of Occlusions in WSe2" (with W.D. Sproul); METALLOGRAPHY 7 (1974) 37.

79. "Some Properties of TiC-Coated Cemented Carbides" (with M. Lee); Mct. Technology 1 (1974) 538.

80. "Materials in a Modern Society", Materials Div. Newsletter, American Society of Engineering Education, May 1974, p.8.

81. "The Influence of Annealing Temperature on the Strain Rate Sensitivity of Copper in Torsion" (with P. Senseny and J. Duffy); J. Appl. Mech. (March 1975) 245.

82. "Effect of the Eta Layer on TiC-Coated Cemented Carbide Tool Life" (with W.D. Sproul); J. Vac. Sci. and Tech., 12 (1975) 42.

83. "Reactive Sputtering of TiC with Oxygen" (with W.D. Sproul); Thin Solid Films, 28 (1975).

84. "The Use of Microscopy for Determining the Formation Mechanism of Beta Silicon Nitride" (with H.M. Jennings); Proc. E.M. Soc. of South Africa, 5 (1975) 117.

85. "Machining of a Glass Ceramic (K20-MgF2-Mg0-Si02) in a Dry and Wet Environment" (with J. Stanislao and E.G. Turker); ASTM Journal of Testing and Evaluation, 4 (1976) 109.

86. "Production and Economic Consequences When Machining Glass Ceramic (K20-MgF2-Mg0-Si02)" (with E.G. Turker and J. Stanislao); ASTM Journal of Testing and Evaluation, 4 (1976) 157.

87. "The Effect of the Interfacial Eta Carbide Layer on TiC-Coated Cemented Carbides" (with W.D. Sproul); Metals Technology, 3 (1976) 489.

88. "The Ladder Microconstituent of Silicon Nitride" (with S.D. Danforth and H.M. Jennings); METALLOGRAPHY 9 (1976) 361.

89. "A Hexagonal (Wurzite) form of Silicon" (with H.M. Jennings); SCIENCE, 193 (1976) 1242.

90. "Transmission Electron Microscopy of Reaction Bonded Silicon Nitride" (with S.C. Danforth); METALLOGRAPHY 9 (1976) 321.

91. "Molecular Structure, Microstructure, Macrostructure, and Properties of Silicon Nitride": (with H.M. Jennings and J.O. Edwards); Inorg. Chem. Acta., Vol. 20 (1976) 167-181.

92. "Microstructural Analysis of Reaction Bonded Silicon Nitride" (with H.M. Jennings and S.C. Danforth); METALLOGRAPHY 9 (1976) 427.

93. "Structure, Formation, Mechanisms and Kinetics of Reaction Bonded Silicon Nitride: (with H.M. Jennings); J. Mat. Sci., 11 (1976) 2087.

94. "A Metallurgical Examination of Fractured Stainless Steel ASIF Tibial Prosthesis" (with J. Thunhold, J.K. Weltman and A. Cole); Injury, British J. Trauma Surgery, 8 (1976) 13.

95. "Strength vs. Nitrided Density and Microstructural Design of Reaction Bonded Silicon Nitride" (with S.C. Danforth and H.M. Jennings); J. Mat. Sci., 13 (1978) 1590.

96. "Failure of Dacron Prostheses Caused by Structural Defect" (with J. Yashar) Surgery 84 (1978) 659.

97. "The Influence of Microstructure on the Strength of Reaction Bonded Silicon Nitride" (with S.C. Danforth and H.M. Jennings); Acta Met., 27 (1979) 123.

98. "Variations in Pore Structure of Reaction-Bonded Silicon Nitride (RBSN)" (with S.C. Danforth); J. Mat. Sci., 14 (1979) 240.

99. "On a Growth Mechanism for B-Phase Silicon Nitride" (with H.M. Jennings and S.C. Danforth); J. Mat. Sci., 14 (1979) 1013.

100. "Reaction Bonded Silicon Nitride I: Control of Microstructure" (with S.C. Danforth and H.M. Jennings); submitted to J. Amer. Ceram. Soc.

101. "Reaction Bonded Silicon Nitride II: Improved Mechanical Properties" (with S.C. Danforth) submitted to J. Amer. Ceram. Soc.

102. "Development of an Improved Bond Cement (with H.M. Litchman) to appear in Orthop. Res.

103. "Effect of Processing Parameters on Reaction Bonding of Silicon Nitride" to appear as NASA Tech. Rept.

104. "Nitridation of High-Purity Single-Crystal Silicon" (with O.J. Gregory); METALLOGRAPHY 15 (1982) 89.

105. "Reactive Sputter Coated Reaction Bonded Silicon Nitride" (with O.J. Gregory); Thin Solid Films, 91 (1982) 163.

106. "Ten Years Experience with the Use of Long Stem Endoprostheses in Hip Fractures" (with W.F. Garrahan, M.D.); submitted to Journal of Bone and Joint Surgery, Boston.

107. "An Investigation of Interfacial Reactions in Metal Matrix Composites" (with S.C. Chin); AMMRC Tech. Rept. TR 82-14 (1982).

108. "Strength and Fracture Toughness of Reaction Bonded Si3N4" (with S.C. Danforth); Bulletin Amer. Ceram. Soc., 62 (1983) 501.

109. "Microstructure of RBSN Prepared with Si3N4 Additions" (with O.J. Gregory); METALLOGRAPHY 17 (1984) 77.

110. "The Role of Si3N4 Additions on the Reaction Bonding of Silicon Compacts" (with O.J. Gregory); J. Mat. Sci., 3 (1984) 112; Materials Science Letters, 67 (1984) 335.

111. "Thermal Oxidation of Sputter-Coated RBSN" (with O.J. Gregory); J. Amer. Ceram. Soc., 67 (1984) 335.

112. "Sputter-Coating of Ti-6Al-4V with Inconel 617 for Erosion Resistance" (with M. Emiliani, R. Brown and O.J. Gregory) Surface and Coating Tech., 33 (1987) 267.

113. "The Microstructure and Phase Stability of Inconel 617" (with M. Emiliani and R. Brown) submitted to Journal of the Amer. Ceram Soc.

114. "Sputter-Coating of Ti-6Al-4V by Inconel 617 for Erosion Resistance" (with M. Emiliani, R. Brown and O. Gregory) Surface and Coatings Technology, 33 (1987) 267.

115. "A TEM Study of Sputtered Inconel 617, Part I: Coatings in Plan Section" (with M. Emiliani, R. Brown and O. Gregory) J. Mat. Sci., 25 (1990) 137.

116. "A TEM Study of Sputtered Inconel 617, Part II: Coatings in Cross Section" (with M. Emiliani, R. Brown, and O. Gregory) J. Mat. Sci. 25 (1990) 144.

117. "Diffusion of Sputtered Inconel 617 Coatings in Titanium" (with M. Emiliani and R. Brown) Metall. Trans., 21A (1990) 1613.

118. "Sputtered TiN Thin Films for Improved Corrosion Resistance" (with P. Bhardawaj, O.J. Gregory, and K.P. Braga) Applied Surface Sci., 48/49 (1991) 555.

119. "Premises Liability: Preparation and Trial of a Difficult Case in Rhode Island" (with F.G. Cass, J.A. Kelly, and T.W. Pearlman), NBI, Eau Claire, WI (1992).

120. "Current Developments in Products Liability in Rhode Island" (with J.S.Foley, W.H.Jestings, and B.R.Magratten), NBI, Eau Claire, WI (1997).

121. "Current Developments in Products Liability in Rhode Island" (with G.C. DeMaria, Sr. and B.R.Magratten), NBI, Eau Claire, WI (1999).

01/00:Datawp\Bios\MHR CV Bios.wpd