# "EXHIBIT B"

Case 1:06-cv-00485-ML-LDA Document 20 Filed 11/20/2007 Page 1 of 2 11-21-07

06-337

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VICTOR GODOY and REGINALDA GONZALES** | ) | |
| | ) | |
| **vs.** | ) | **C.A. No.: 06-485ML** |
| | ) | |
| **EQUIPMENT LABRIE LTEE and MACK TRUCKS, INC.** | ) | |

**FINAL JOINT MOTION TO EXTEND SCHEDULING ORDER FOR PURPOSE OF EXPERT DISCLOSURES**

The parties to this case hereby move one final time to extend the time by which Plaintiffs and Defendants are required to make their expert witness disclosures as set forth in this Court's Scheduling Order of February 28, 2007 as follows:

1. The Plaintiffs' expert witness disclosures as ordered by Lisi, J., shall be extended to December 20, 2007; and

2. The Defendants' expert witness disclosures as ordered by Lisi, J., shall be extended to January 21, 2008.

As reasons therefore, the parties state that the accident reconstruction report from the Massachusetts State Police has been completed and has been received by the Plaintiffs and forwarded to their expert for review. Plaintiffs' expert witness needs some additional time to analyze the circumstances of the accident and prepare his expert report in light of the reconstruction report and anticipates doing so shortly upon returning from a previously scheduled vacation. The parties have continued to engage in written discovery and the scheduling of depositions pending disclosure of the expert reports.

In addition, the parties request an extension of this Court's Scheduling Order to accommodate the taking of expert depositions once the expert reports are completed and disclosed, as follows:

Case 1:06-cv-00485-ML-LDA Document 20 Filed 11/20/2007 Page 2 of 2

1. Discovery to be completed by February 28, 2008;
2. Motions due by March 28, 2008; and
3. Pretrial Memorandum due by April 28, 2008.

Defendant, Mack Trucks, Inc.

By and through its attorney,

/s/ Mark P. Dolan
Mark P. Dolan, Esq. (3280)
***Rice Dolan & Kershaw***
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

Plaintiffs, Victor Godoy and Reginalda Gonzales
By and through their attorney,

/s/ Peter P.D.Leach
Peter P.D. Leach, Esq. (3955)
One Charles Street
Providence, RI 02904
(401) 521-9100
(401) 521-9120 fax

Defendant, Labrie Ltee, Inc.
By and through its attorney,

/s/ Mark T. Nugent
***Morrison Mahoney, LLP***
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660
(401) 251-4420 fax

**CERTIFICATION**

I hereby certify that the foregoing was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys received service by electronic means on this 20th day of November 2007:

Mark P. Dolan, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

Mark Nugent, Esq.
Morrison Mahoney LLP
121 South Main Street
Providence, RI 02903

/s/ Christine M. Curley

06-337
MPD

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered on 1/7/2008 at 4:39 PM EST and filed on 1/7/2008

**Case Name:** Godoy et al v. Equipment Labrie Ltee et al
**Case Number:** 1:06-cv-485
**Filer:**
**Document Number:** No document attached

**Docket Text:**
TEXT ORDER granting [20] Motion for Extension of Time - So Ordered by Chief Judge Mary M Lisi on 1/7/08. (Barletta, Barbara)

**1:06-cv-485 Notice has been electronically mailed to:**

Christine M. Curley christinecurley@earthlink.net

Mark P. Dolan ricedolan@ricedolan.com

Peter P. D. Leach peterleachlaw@aol.com

Mark T. Nugent mnugent@morrisonmahoney.com, cmontgomery@morrisonmahoney.com

Thomas M. Robinson trobinson@morrisonmahoney.com, cmontgomery@morrisonmahoney.com

**1:06-cv-485 Notice has been delivered by other means to:**

b