# "EXHIBIT C"

ESTABLISHED 1900

RICE DOLAN & KERSHAW

*Attorneys At Law*

THE ALDRICH BUILDING
72 PINE STREET
SUITE 300
PROVIDENCE, RI 02903

TELEPHONE:
401-272-8800

TELECOPIER: 401-421-7218

E-MAIL:
RICEDOLAN@RICEDOLAN.COM

WEBSITE:
WWW.RICEDOLAN.COM

*Mark P. Dolan*
*Also admitted in Massachusetts*

January 11, 2008

Peter P.D. Leach, Esq.
Attorney at Law
One Charles Street
Providence, RI 02904

Re: Victor Godoy, et al
Vs: Mack Trucks, Inc., et al
No: USDC, Civil Action: 05-485-ML
No: Our File: 06-337

Dear Peter:

We acknowledge receipt of your correspondence of December 18, 2007 and enclosures.

You will recall that the recent joint motion extended the plaintiff's expert witness disclosure date to December 20, 2007. At this point, we have no disclosures for Dr. Adams and/or Mr. Gest. Our thirty day time limit to disclose experts cannot begin until we have complete disclosures.

Additionally, we have through February 28, 2008 to complete all discovery, including expert depositions.

Please provide by January 18, 2008, complete disclosures for the plaintiff's experts, as well as dates for depositions within the time period called for by Scheduling Order.

I look forward to hearing from you.

Very truly yours,

Mark P. Dolan

MPD:rad