**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VICTOR GODOY and REGINALDA GONZALEZ** | ) | |
| v. | ) | |
| **EQUIPMENT LABRIE LTEE and MACK TRUCKS, INC.** | ) | **C.A. No.: 06-485ML** |

**MOTION OF DEFENDANT EQUIPMENT LABRIE LTEE**
**TO COMPEL AND/OR STRIKE PLAINTIFF'S EXPERT DISCLOSURE**

The defendant Equipment Labrie LTEE hereby joins the Motion of co-defendant Mack Trucks, Inc., to compel and/or strike plaintiff's expert witness disclosures. For the reasons set forth in the Memorandum of Law submitted by Mack Trucks, Inc., which is incorporated by reference, Equipment Labrie LTEE respectfully requests that plaintiff be compelled to provide his expert disclosures within three (3) business days of the hearing of this Motion and, that upon failure to do so, plaintiff's experts be stricken and barred from testifying at trial.

Equipment Labrie LTEE has previously advised plaintiff's counsel that it had not received full expert witness disclosures.

EQUIPMENT LABRIE LTEE
By its Attorneys,

/s/ Mark T. Nugent
/s/ Thomas M. Robinson

**Attorneys for Defendant**
Mark T. Nugent, #2637
Thomas M. Robinson, #6193
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
(401) 331-4660 Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that this document has been filed electronically on January 23, 2008 and is available for viewing and downloading from the ECF system.

Peter P.D. Leach, Esquire
One Charles Street
Providence, RI 02904

Mark P. Dolan, Esquire
Rice Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02903

/s/ Thomas M. Robinson