**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VICTOR GODOY and REGINALDA GONZALEZ** | ) ) ) | |
| v. | ) | |
| **EQUIPMENT LABRIE LTEE and MACK TRUCKS, INC.** | ) ) ) | **C.A. No.: 06-485ML** |

**WITHDRAWAL OF DEFENDANT EQUIPMENT LABRIE LTEE'S MOTION <u>TO COMPEL AND/OR STRIKE PLAINTIFF'S EXPERT DISCLOSURE</u>**

The defendant Equipment Labrie LTEE hereby withdraws its Motion to Compel and/or Strike Plaintiff's Expert Witness Disclosures. Equipment Labrie had filed and served this motion on January 22, 2008 due to plaintiff's failure to provide full expert disclosures. On January 31, 2008, the expert disclosure concerning William E. Gest was received. Further, plaintiff has stated that he will not offer Vaughn Adams as an expert witness. As plaintiff has made full disclosures of the expert witnesses who will testify on his behalf, Equipment Labrie hereby withdraws its January 22, 2008 Motion to Compel and/or Strike.

EQUIPMENT LABRIE LTEE
By its Attorneys,

/s/ Mark T. Nugent
/s/ Thomas M. Robinson

**Attorneys for Defendant**
Mark T. Nugent, #2637
Thomas M. Robinson, #6193
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
(401) 331-4660 Fax: (401) 351-4420

## CERTIFICATION

I hereby certify that this document has been filed electronically on January 31, 2008 and is available for viewing and downloading from the ECF system.

Peter P.D. Leach, Esquire
One Charles Street
Providence, RI 02904

Mark P. Dolan, Esquire
Rice Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02903

/s/ Thomas M. Robinson