IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **VICTOR GODOY and REGINALDA GONZALES** | ) | |
| vs. | ) | **C.A. No.: 06-485ML** |
| **EQUIPMENT LABRIE LTEE and MACK TRUCKS, INC.** | ) | |

**STIPULATION**

The Defendant, Mack Trucks, Inc., and the Plaintiff, Victor Godoy, agree as follows:

1. The Motion of Mack Trucks, Inc., to Compel and/or Strike the Plaintiff's expert disclosure filed on January 21, 2008, shall pass.

Defendant, Mack Trucks, Inc.
By and through its attorney,

Mark P. Dolan, Esq. (3280)
***Rice Dolan & Kershaw***
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800
(401) 421-7218 fax

Plaintiff, Victor Godoy
By and through his attorney,

Peter P.D. Leach, Esq. (3955)
One Charles Street
Providence, RI 02904
(401) 521-9100
(401) 521-9120 fax

**CERTIFICATION**

I herby certify that a true copy of the within was mailed to Mark P. Dolan, Esq., ***Rice Dolan & Kershaw,*** 72 Pine Street, Suite 300, Providence, RI 02903, and Mark T. Nugent, Esq., ***Morrison Mahoney, LLP,*** 10 Weybossett Street, Suite 900, Providence, RI 02903 on the 4th day of February, 2007.

TO CAL
2/5/08