**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VICTOR GODOY and REGINALDA GONZALEZ** | ) | |
| | ) | |
| v. | ) | |
| **EQUIPMENT LABRIE LTEE and MACK TRUCKS, INC.** | ) | **C.A. No.: 06-485ML** |
| | ) | |

**JOINT MOTION OF DEFENDANTS EQUIPMENT LABRIE LTEE AND MACK TRUCKS, INC. TO EXTEND SCHEDULING ORDER**

The defendants Equipment Labrie LTEE and Mack Trucks, Inc., hereby move to extend the deadlines set forth in the Court's prior Order concerning the disclosure of expert witnesses and the closure of discovery as follows:

1) Defendants' expert witness disclosures as ordered by Lisi, J., shall be extended to June 27, 2008;

2) Discovery shall be completed by August 29, 2008;

3) Motions shall be due by September 26, 2008; and

4) Pretrial Memorandum shall be due by October 31, 2008.

As reasons therefore, the defendants state that they have granted to plaintiffs numerous extensions of time to provide expert witness disclosures. Further, the depositions of fact witnesses, including plaintiffs, have not yet been conducted. The deposition of plaintiff Victor Godoy is currently scheduled for May 27, 2008. Defendants' experts will need to review all of this information prior to completing a report. Finally, plaintiffs' counsel has advised that he has no objection to this motion.

MACK TRUCKS, INC.

By its Attorneys

Mark P. Dolan (by TMR)

Mark P. Dolan, #3280
Rice Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02920
(401) 272-8800
Fax: (401) 421-7218

EQUIPMENT LABRIE LTEE

By its Attorneys,

Mark T. Nugent

Mark T. Nugent, #2637
Thomas M. Robinson, #6193
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
(401) 331-4660 Fax: (401) 351-4420

## CERTIFICATION

I hereby certify that on this 23rd day of April 2008, a true copy of the foregoing was mailed, postage pre-paid, to:

Peter P.D. Leach, Esquire
One Charles Street
Providence, RI 02904

Mark P. Dolan, Esquire
Rice Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02903

Christine M. Montgomery