**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VICTOR GODOY and** | ) | |
| **REGINALDA GONZALEZ** | ) | |
| | ) | |
| v. | ) | |
| **EQUIPMENT LABRIE LTEE and MACK** | ) | **C.A. No.: 06-485ML** |
| **TRUCKS, INC.** | ) | |

**JOINT MOTION OF DEFENDANTS EQUIPMENT LABRIE LTEE AND MACK TRUCKS, INC. TO EXTEND SCHEDULING ORDER**

The defendants Equipment Labrie LTEE and Mack Trucks, Inc., hereby move to extend the deadlines set forth in the Court's prior Order concerning the disclosure of expert witnesses and the closure of discovery as follows:

1) Defendants' expert witness disclosures as ordered by Lisi, J., shall be extended to September 30, 2008;

2) Discovery shall be completed by November 28, 2008;

3) Motions shall be due by December 30, 2008; and

4) Pretrial Memorandum shall be due by January 30, 2009.

As reasons therefore, the defendants state that they have granted to plaintiffs numerous extensions of time to provide expert witness disclosures. Further, the depositions of fact witnesses, including plaintiffs, have not yet been conducted. Defendants' experts will need to review all of this information prior to completing a report. Finally, plaintiffs' counsel has advised that he has no objection to this motion.

MACK TRUCKS, INC.

By its Attorneys

/s/ Mark P. Dolan

Mark P. Dolan, #3280
Rice Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02920
(401) 272-8800
Fax: (401) 421-7218

EQUIPMENT LABRIE LTEE

By its Attorneys,

/s/ Mark T. Nugent
/s/ Thomas M. Robinson

Mark T. Nugent, #2637
Thomas M. Robinson, #6193
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
(401) 331-4660 Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that this document has been filed electronically on June 25, 2008 and is available for viewing and downloading from the ECF system.

Peter P.D. Leach, Esquire
One Charles Street
Providence, RI 02904

/s/ Thomas M. Robinson