*MPD:rad 06-337*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| VICTOR GODOY, and<br>REGINALDA GONZALES,<br>Plaintiffs, | : | |
| VS. | : | **C.A. No: 06-485 ML** |
| EQUIPMENT LABRIE LTEE, and<br>MACK TRUCKS, INC.,<br>Defendants. | : | |

**DEFENDANT MACK TRUCKS, INC.'S**
**RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION**
**OF DOCUMENTS DATED 3/13/08**

**39.** Each and every statement, report, memorandum, transcript, letter, e-mail message or other document provided to or received from Equipment Labrie Ltee, in connection with the subject matter truck.

**Response:** **None.**

**40.** Each and every statement, report, memorandum, transcript, letter, e-mail message or other document provided to or received from Equipment Labrie Ltee, in connection with the instant litigation

**Response:** **None.**

**41.** Each and every statement, report, memorandum, transcript, letter, e-mail message or other document provided to or received from CN Wood Company in connection with the subject matter truck.

**Response:** **None.**

**42.** Each and every statement, report, memorandum, transcript, letter, e-mail message or other document provided to or received from CN Wood Company in connection with the instant litigation.

**Response:** **None.**

EXHIBIT 3

**43.** Each and every statement, report, memorandum, transcript, letter, e-mail message or other document provided to or received from American Waste Services, Inc., in connection with the subject matter truck.

__Response__: **None.**

**44.** Each and every statement, report, memorandum, transcript, letter, e-mail message or other document provided to or received from American Waste Services, Inc., in connection with the instant litigation.

__Response__: **None.**

**45.** All engineering drawings and specifications relating to the manufacturer of the braking system for the subject matter truck as referenced in Plaintiff's Complaint, specifically and including each of the following:

a. all design drawings and specifications, whether or not conforming to the final finished product
b. drawings and specifications relating to assembly or subassembly;
c. drawings and specifications relating to available options;
d. drawings and specifications relating to safety features or equipment, whether included with the braking system as standard equipment or available as an option, and whether or not available at the time of sale of the subject truck; and
e. all drawings and specifications for any previous, subsequent, competitive or related model of the subject matter braking system produced at any time by the defendant.

__Response__: **Objection. Overly broad, unduly burdensome, and seeks otherwise irrelevant documentation. Unlimited as to time frame, scope and plaintiff's claims in this case.**

**46.** All documents relating to the nature and/or results of any research or testing performed by or on behalf of or for the benefit of defendant relating to the performance and/or safety of the braking system for operation by a single operator, including any testing of the feasibility of safety features whether or not said features were incorporated into the finished product, and the economic feasibility and profitability of said safety features.

__Response__: **Objection. Overly broad, unduly burdensome, and seeks otherwise irrelevant documentation. Unlimited as to time frame, scope and plaintiff's claims in this case.**

**47.** All documents provided to any governmental agency, trade organization, testing facility, or laboratory pertaining to the testing, examination or approval of the subject braking system, for operation by a single operator.

<u>Response</u>: **Objection. Overly broad, unduly burdensome, and seeks otherwise irrelevant documentation. Unlimited as to time frame, scope and plaintiff's claims in this case.**

**48.** All documents reflecting consumer complaints regarding the performance or safety of the subject braking system and all documents, including recall notices, reflecting any actions or response made by defendant to any such complaints.

<u>Response</u>: **Objection. Overly broad, unduly burdensome, and seeks otherwise irrelevant documentation. Unlimited as to time frame, scope and plaintiff's claims in this case.**

**49.** All documents relating to seminars, conferences, or meetings at which defendant was represented regarding the state of art concerning the design, manufacturer, production or safety of the subject braking system involved in the within cause.

<u>Response</u>: **Objection. Overly broad, unduly burdensome, and seeks otherwise irrelevant documentation. Unlimited as to time frame, scope and plaintiff's claims in this case.**

**50.** All documents relating to any experiments, testing, analysis or research financially supported by defendant relating to the safety or performance of the subject truck, for operation by a single operator involved in the within cause.

<u>Response</u>: **Objection. Overly broad, unduly burdensome, and seeks otherwise irrelevant documentation. Unlimited as to time frame, scope and plaintiff's claims in this case.**

**51.** All computerized data, data bases, indexes, disc and diskettes relating to or reflecting any of the following:

a. names and addresses of any persons who claim to have sustained injury or loss relating to the use or operation of the subject braking system;

b. any categorization of the reported circumstances [including age, race, sex, education, geographical region, etc.] relating to any claim of alleged injury or loss related to the use of or exposure to the subject braking system;

c. data relating to any tests, experiments, or analysis of the performance and/or safety of the subject braking system;

d. data regarding any proposed or actual modifications to the subject braking system;

e. data relating to the names and addresses of any attorney's or expert witnesses who have appeared or expressed opinions on behalf of defendant and response to any claim of injury or loss alleged to have resulted from the use of or exposure to subject braking system; and

f. data concerning defendants costs to produce and/or market subject incomplete vehicle with the subject braking system and/or the economic feasibility of any proposed or actual option, modification, or other feature for said braking system.

**Response: Objection. Overly broad, unduly burdensome, and seeks otherwise irrelevant documentation. Unlimited as to time frame, scope and plaintiff's claims in this case.**

**52.** All documents, specifically, including but not limited to video tapes, photographs, drawings, slides, transparencies, and models, and any experiments by or on behalf of, or for the benefit of defendant relating to the subject matter braking system and/or to the injury or loss alleged to have been sustained in the within cause and/or which defendant may propose to introduce at the time of trial.

**Response: Objection. Overly broad, unduly burdensome, and seeks otherwise irrelevant documentation. Unlimited as to time frame, scope and plaintiff's claims in this case.**

**53.** All documents which defendant relies to support its affirmative defenses as set forth in its answer in the within cause.

**Response: Objection. Seeks mental impressions and conclusions of counsel.**

**54.** Defendant's organizational charts applicable for the year 2005 and for the current year, including any such drawings showing defendant's organizational structure, including where applicable the names and titles of each of defendant's officers and heads of each of defendant's departments and divisions, if any.

**Response: Objection. Seeks irrelevant documentation.**

**55.** Each and every statement, printed or graphic representation, catalog, circular, manual, brochure, report, memorandum, transcript, communication, letter, label, advertisement, directions, procedure, or other document which in any way mentions, describes or otherwise referred to any possible, alternative, recommended or foreseeable use or misuse of the subject braking system.

**Response: See Operator's Handbook for the LE Series and Sales Brochure previously produced.**

**56.** Each and every statement, printed or graphic representation, catalog, circular, manual, brochure, report, memorandum, transcript, communication, letter, label, advertisement, directions, procedure, or other document which in any way mentions, describes or otherwise referred to any possible, alternative, recommended or foreseeable use or misuse of the subject truck for operation by a single operator.

**Response: See Response to Request No. 55, supra.**

**57.** Each and every book, treatise, article, journal, periodical, monograph, or other written work or document which has mentioned, described, discussed, analyzed, or in any way dealt with or referred to the subject matter braking system or similar braking systems.

**Response: See Response to Request No. 55, supra. See also, ANSI Z245.1 1999. See also, "Exhibit A" attached hereto.**

**58.** Each and every statement, printed or graphic representation, catalog, circular, manual, brochure, report, memorandum, transcript, communication, letter, label, advertisement, or other documents, which in any way mentions, describes, or otherwise refers to the subject matter braking system, for operation by a single operator, or similar braking systems and have been written, published, broadcast, issued, or otherwise produced by any consumer or other nongovernmental group.

**Response: See Response to Request No. 57 above.**

**59.** Each and every statement, printed or graphic representation, catalog, circular, manual, brochure, report, memorandum, transcript, communication, letter, or other documents which mentions, describes, or any way refers to the alleged occurrence and which was written or made by the defendant or any agent or employee thereof.

**Response: None.**

**60.** All internal correspondence, memoranda, intra-office memoranda, computer generated communications, including e-mails, and minutes of meetings regarding the safety of the subject braking system.

**Response: Objection. Overly broad, unduly burdensome, and seeks otherwise irrelevant documentation. Unlimited as to time frame, scope and plaintiff's claims in this case.**

61. All internal correspondence, memoranda, intra-office memoranda, computer generated communications, including e-mails, and minutes of meetings regarding the safety of the subject truck for operation by a single operator.

**<u>Response</u>: Objection. Overly broad, unduly burdensome, and seeks otherwise irrelevant documentation. Unlimited as to time frame, scope and plaintiff's claims in this case.**

Defendant, MACK TRUCKS, INC.,
By Its Attorneys,

Mark P. Dolan, Esq. (#3280)
RICE, DOLAN & KERSHAW
72 Pine Street – Suite 300
Providence, RI 02903
Phone No: (401) 272-8800
*Fax No: (401) 421-7218*

Dated: April 28, 2008

**<u>CERTIFICATION</u>**

I hereby certify that I mailed a true copy of the within Response to Plaintiff's Second Request for Production of Documents and its attachments to the following counsel of record:

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

Mark T. Nugent, Esq.
Morrison Mahoney, LLP
121 South Main Street – Suite 600
Providence, RI 02903

Dated: April 28, 2008