ESTABLISHED 1900

# RICE DOLAN & KERSHAW

*Attorneys At Law*

THE ALDRICH BUILDING
72 PINE STREET
SUITE 300
PROVIDENCE, RI 02903

TELEPHONE:
401-272-8800

TELECOPIER: 401-421-7218

E-MAIL:
RICEDOLAN@RICEDOLAN.COM

WEBSITE:
WWW.RICEDOLAN.COM

*Mark P. Dolan*
*Also admitted in Massachusetts*

Resent 5/13/08

April 28, 2008

***(Via Fax: #521-9120 & Regular Mail)***

Peter P.D. Leach, Esq.
Attorney at Law
One Charles Street
Providence, RI 02904

Re: Victor Godoy, et al
Vs: Mack Trucks, Inc., et al
No: USDC, Civil Action: 05-485-ML
No: Our File: 06-337

Dear Peter:

This letter is in follow up to our recent telephone discussion.

I enclose herein Mack Trucks' Response to Request for Production of Documents. You indicated that your primary focus is information regarding any analysis or testing that went into the design and incorporation of the work brake. I am following with the client for that and we will attempt to determine if we can work out our discovery dispute relative to the previously interposed objections.

During our telephone discussion, you mentioned interrogatories. I do not have additional interrogatories from the plaintiff. Would you please forward a copy to my attention so that we may timely respond.

I look forward to hearing from you.

Very truly yours,

COPY

Mark P. Dolan

MPD:rad
Enclosure

EXHIBIT 7

Blumberg No. 5118