June 11, 2008

Mark P. Dolan, Esq.
***Rice, Dolan & Kershaw***
72 Pine Street
Suite 300
Providence, RI 02903

**RE: Victor Godoy v. Equipment Labrie Ltee and Mack Trucks, Inc.**
**C.A. No. 06-485ML**

Dear Mark:

I am in receipt of your objections to Plaintiff's Document Requests filed March 31, 2008. As we discussed on April 28, 2008, confirmed by your letter of that same date, you indicated that you would be following up with your client as to whether additional documents would be produced. Although a supplemental response was provided on May 8, 2008, it is unclear whether this was intended as a complete response in light of the various objections you interposed with respect to the certain document requests.

Accordingly, please advise as to whether or not Mack Trucks will be providing additional documents and removing its objection to the document requests. Specifically, the documents requested by numbers 45, 46, 47, 48, 49, 50, 51, 52, 60 and 61 are clearly relevant to this dispute and must be produced or it must be clearly indicated that no such documents exist.

I am also in receipt of your objections to the Plaintiff's Interrogatories dated March13, 2008. As with previous discussions regarding other discovery requests in this case, Plaintiffs' requests seek information pertaining to the design of the work brake and how it worked in conjunction with the entire braking system and the design of incomplete vehicle for use by a single operator.

With respect to the specific interrogatories, the information sought is relevant and discoverable as follows.

27. Plaintiff seeks information pertaining to the organizational structure of the Defendant in order to ascertain which individuals are likely to possess relevant,

EXHIBIT 8

discoverable matter, and also in order to understand the chain of authority and checks and balances within Mack Trucks, Inc. As such, the requested information is neither unduly burdensome nor irrelevant.

28-32 Plaintiffs have repeatedly clarified the information sought by these interrogatories and accordingly expects a response to each interrogatory.

If I do not have a response by June 20, 2008, I will file a motion to compel with the Court as to the document requests and interrogatories listed above and to strike the objections. Obviously, I would prefer to resolve these discovery issues without the need for court intervention, but at this point paper discovery needs to be completed so that I can proceed with depositions of the defendants.

Please contact me with any questions or comments.

Very truly yours,

Peter P.D. Leach, Esq.

PPDL/db